Kevin S. Johnson, Esq.
Hamra Law Group, P.C.
1 Linden Place, Suite 207
Great Neck, NY 11021
(646) 590 – 0571
Kevinsjohnson1@outlook.com
kjohnson@hamralawgroup.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DESHENG LIN, *on his own behalf and on behalf of others similarly situated,*

Civil Case No. 1:21-cv-03832-EK-JRC

Plaintiff,

**ANSWER**

-against-

FUJI HANA RESTAURANT CORP. d/b/a FUJI HANA KOSHER JAPANESE RESTAURANT d/b/a FUJI HANA, LORRAINE GINDI, ESTATE OF ISADORE GINDI, by executor RAYMOND BETESH, ISADORE NATKIN, and JACK COHEN,

Defendants.
-----------------------------------------------------------------X

Defednants, FUJI HANA RESTAURANT CORP. d/b/a FUJI HANA KOSHER JAPANESE RESTAURANT d/b/a FUJI HANA, LORRAINE GINDI, ESTATE OF ISADORE GINDI, by executor RAYMOND BETESH, ISADORE NATKIN, and JACK COHEN, by their attorneys, HAMRA LAW GROUP, P.C., for their Answer to the Complaint herein allege as follows:

## INTRODUCTION

1. Defendants admit the allegations contained in paragraph 1 of the Complaint to the extent that Plaintiffs purport to proceed as alleged, but deny all other allegations set forth therein.
2. Defendants deny the allegations contained in paragraph 2 of the Complaint.
3. Defendants deny the allegations contained in paragraph 3 of the Complaint.
4. Defendants deny the allegations contained in paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5. Defendants admit the allegations contained in paragraph 5 of the Complaint as to subject matter jurisdiction, but deny supplemental jurisdiction over the NYLL claims.
6. Defendants admit the allegation contained in paragraph 6 of the Complaint to the extent that venue is proper with regard to the allegations set forth herein, but categorically deny said allegations.

**PLAINTIFF**

7. Defendants admit the allegation in paragraph 7 of the Complaint to the extent that the Plaintiff began employment on or about January 2006 but deny the date of June 21, 2021 as the last date of employment for Plaintiff.

**DEFENDANTS**

*Corporate Defendant*

8. Defendants admit the allegations contained in paragraph 8 of the Complaint.
9. Defendants deny the allegations contained in paragraph 9 of the Complaint.
10. Defendants admit the allegations contained in paragraph 10 of the Complaint.

*Owner/Operator Defendants*

11. Defendants deny the allegations contained in paragraph 11 of the Complaint.
12. Defendants deny the allegations contained in subsections (1), (2), and (4) of paragraph 12 of the Complaint. Defendants admit the allegation contained in subsection (3) of paragraph 12 of the Complaint.
13. Defendants deny all allegations contained in paragraph 13 of the Complaint.
14. Defendants deny the allegations contained in paragraph 14 of the Complaint.
15. Defendants admit the allegations contained in paragraph 15 of the Complaint.
16. Defendants deny the allegations contained in paragraph 16 of the Complaint.
17. Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. Defendants admit the allegations contained in paragraph 18 of the Complaint.
19. Defendants admit the allegations contained in paragraph 19 of the Complaint.
20. Defendants admit the allegation contained in paragraph 20 of the Complaint.
21. Defendants deny the allegations contained in paragraph 21 of the Complaint.
22. Defendants deny the allegations contained in paragraph 22 of the Complaint.
23. Defendants deny the allegations contained in paragraph 23 of the Complaint.
24. Defendants deny the allegations contained in paragraph 24 of the Complaint.
25. Defendants deny the allegations contained in paragraph 25 of the Complaint.

**STATEMENT OF FACTS**

26. Defendants deny the allegations contained in paragraph 26 of the Complaint.
27. Defendants deny the allegations contained in paragraph 27 of the Complaint.
28. Defendants lack knowledge and information to either admit or deny the allegations in paragraph 28 of the Complaint, insomuch as it alleges a legal conclusion.
29. Defendants deny the allegations contained in paragraph 29 of the Complaint.
30. Defendants deny the allegations contained in paragraph 30 of the Complaint.
31. Defendants deny the allegations contained in paragraph 31 of the Complaint.
32. Defendants deny the allegations contained in paragraph 32 of the Complaint.
33. Defendants deny the allegations contained in paragraph 33 of the Complaint.
34. Defendants deny the allegations contained in paragraph 34 of the Complaint.
35. Defendants deny the allegations contained in paragraph 35 of the Complaint.
36. Defendants deny the allegations contained in paragraph 36 of the Complaint.

***Plaintiff DESHENG LIN***

37. Defendants admit the allegation that Plaintiff was employed by Defendants as a "Deliveryman" at the location alleged, but deny the last day of employment as alleged.

38. Defendants deny the allegations in paragraph 38 of the Complaint.
39. Defendants deny the allegations in paragraph 39 of the Complaint.
40. Defendants deny the allegations in paragraph 40 of the Complaint.
41. Defendants deny the allegations in paragraph 41 of the Complaint.
42. Defendants deny the allegations in paragraph 42 of the Complaint.
43. Defendants deny the allegations in paragraph 43 of the Complaint.
44. Defendants deny the allegation in paragraph 44 of the Complaint.
45. Defendants admit the allegations in paragraph 45 of the Complaint.
46. Defendants deny the allegations in paragraph 46 of the Complaint.
47. Defendants deny the allegations in paragraph 47 of the Complaint.
48. Defendants deny the allegations in paragraph 48 of the Complaint.
49. Defendants deny the allegations in paragraph 49 of the Complaint.
50. Defendants deny the allegations in paragraph 50 of the Complaint.
51. Defendants admit the allegations in paragraph 51 of the Complaint.
52. Defendants deny the allegations in paragraph 52 of the Complaint.
53. Defendants deny the allegations in paragraph 53 of the Complaint.
54. Defendants deny the allegations in paragraph 54 of the Complaint.
55. Defendants deny the allegations in paragraph 55 of the Complaint.
56. Defendants deny the allegations in paragraph 56 of the Complaint.
57. Defendants lack knowledge or information sufficient to either deny or admit paragraph 57 of the Complaint, insomuch as "the further orders" is unclear, ambiguous, and vague.
58. Defendants deny the allegation in paragraph 58 of the Complaint.

59. Defendants admit the allegations in paragraph 59 of the Complaint, insomuch as Plaintiff was not required, nor was it necessary for Plaintiff to use his vehicle for deliveries, and thus did not require reimbursement for the alleged gasoline used.

60. Defendants deny the allegations in paragraph 60 of the Complaint.

61. Defendants deny the allegations in paragraph 61 of the Complaint.

## COLLECTIVE ACTION ALLEGATIONS

62. Defendants admit the allegations contained in paragraph 62 of the Complaint to the extent that Plaintiff purports to proceed as alleged, but deny all other allegations contained therein.

## CLASS ACTION ALLEGATIONS

63. The allegation contained in paragraph 63 of the Complaint are such that they do not require a response; to the extent that the allegation requires a response, Defendants deny all allegations contained therein.

64. The allegations in paragraph 64 of the Complaint do not require a response.

65. Defendants deny all allegations contained in paragraph 65 of the Complaint.

*Numerosity*

66. Defendants deny all allegations contained in paragraph 66 of the Complaint.

*Commonality*

67. Defendants deny all allegations contained in paragraph 67 of the Complaint.

*Typicality*

68. Defendants deny all allegations contained in paragraph 68 of the Complaint.

*Adequacy*

69. The allegations contained in paragraph 69 of the Complaint do not require a response.

*Superiority*

70. Defendants deny all allegation contained in paragraph 70 of the Complaint.

71. Defendants deny all allegations contained in paragraph 71 of the Complaint.

## STATEMENT OF CLAIMS

### COUNT I

72. The allegations contained in paragraph 72 of the Complaint do not require a response.

73. Defendants deny all allegations contained in paragraph 73 of the Complaint.

74. Defendants admit the allegations contained in paragraph 74 of the Complaint.

75. Defendants deny all allegations contained in paragraph 75 of the Complaint.

### COUNT II

76. The allegations contained in paragraph 76 of the Complaint do not require a response.

77. Defendants admit all allegations contained in paragraph 77 of the Complaint.

78. Defendants deny all allegations contained in paragraph 78 of the Complaint.

79. Defendants deny all allegations contained in paragraph 79 of the Complaint.

80. Defendants deny all allegations contained in paragraph 80 of the Complaint.

### COUNT III

81. The allegation contained in paragraph 81 of the Complaint do not require a response.

82. Defendants admit the allegations contained in paragraph 82 of the Complaint.

83. Defendants deny all allegations contained in paragraph 83 of the Complaint.

84. Defendants deny all allegations contained in paragraph 84 of the Complaint.

85. Defendants deny all allegations contained in paragraph 85 of the Complaint.

86. Defendants admit all allegations contained in paragraph 86 of the Complaint.

87. Defendants deny all allegations contained in paragraph 87 of the Complaint.

88. Defendants deny all allegations contained in paragraph 88 of the Complaint.

### COUNT IV

89. The allegations contained in paragraph 89 of the Complaint do not require a response.

90. Defendants deny all allegations contained in paragraph 90 of the Complaint.

91. Defendants deny all allegations contained in paragraph 91 of the Complaint.

92. Defendants deny all allegations contained in paragraph 92 of the Complaint.

93. Defendants deny all allegations contained in paragraph 93 of the Complaint.

**COUNT V**

94. The allegations contained in paragraph 94 of the Complaint do not require a response.

95. Defendants admit the allegations contained in paragraph 95 of the Complaint.

96. Defendants deny all allegations contained in paragraph 96 of the Complaint.

**COUNT VI**

97. The allegations contained in paragraph 97 of the Complaint do not require a response.

98. Defendants deny all allegations contained in paragraph 98 of the Complaint.

99. Defendants deny all allegations contained in paragraph 99 of the Complaint.

100. Defendants deny all allegations contained in paragraph 100 of the Complaint.

101. Defendants deny all allegations contained in paragraph 101 of the Complaint.

**COUNT VII**

102. The allegation contained in paragraph 102 of the Complaint do not require a response.

103. Defendants deny all allegations contained in paragraph 103 of the Complaint.

104. Defendants deny all allegations contained in paragraph 104 of the Complaint.

105. Defendants deny all allegations contained in paragraph 105 of the Complaint.

106. Defendants deny all allegations contained in paragraph 106 of the Complaint.

**COUNT VIII**

107. The allegations contained in paragraph 107 do not require a response.

108. Defendants admit the allegations contained in paragraph 108 of the Complaint.

109. Defendants deny all allegations contained in paragraph 109 of the Complaint.

110. Defendants deny all allegations contained in paragraph 110 of the Complaint.

**COUNT IX**

111. The allegations contained in paragraph 111 of the Complaint do not require a response.

112. Defendants deny all allegations contained in paragraph 112 of the Complaint.

113. Defendants deny all allegations contained in paragraph 113 of the Complaint.

114. Defendants deny all allegations contained in paragraph 114 of the Complaint.

115. Defendants deny all allegations contained in paragraph 115 of the Complaint.

116. Defendants deny all allegations contained in paragraph 116 of the Complaint.

117. Defendants deny all allegations contained in paragraph 117 of the Complaint.

118. Defendants deny all allegations contained in paragraph 118 of the Complaint.

119. Defendants deny all allegations contained in paragraph 119 of the Complaint.

120. Defendants deny all allegations contained in paragraph 120 of the Complaint.

121. Defendants deny all allegations contained in paragraph 121 of the Complaint.

122. Defendants deny all allegations contained in paragraph 122 of the Complaint.

123. Defendants deny all allegations contained in paragraph 123 of the Complaint.

**COUNT X**

124. The allegations contained in paragraph 124 of the Complaint do not require a response.

125. Defendants deny all allegations contained in paragraph 125 of the Complaint.

126. Defendants deny all allegations contained in paragraph 126 of the Complaint.

127. Defendants deny all allegations contained in paragraph 127 of the Complaint.

**COUNT XI**

128. The allegations contained in paragraph 128 of the Complaint do not require a response.

129. Defendants deny all allegations contained in paragraph 129 of the Complaint.

130. Defendants deny all allegations contained in paragraph 130 of the Complaint.

131. Defendants deny all allegations contained in paragraph 131 of the Complaint

**AFFIRMATIVE DEFENSES**

132. Without assuming the burden of proof as to any of the following defenses where the law does not impose such burden on Defendants, Defendants assert the following defenses and reserve the right to amend and add further defenses.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

133. Plaintiffs fail to state a claim upon which relief may be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

134. Plaintiffs' Complaint should be dismissed, in whole or in part, to the extent it is barred by the applicable statute of limitations or the failure to exhaust administrative remedies.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

135. Plaintiffs' claims are barred or should be reduced, in whole or in part, due to Plaintiffs' failure to use such means as are reasonable under the circumstances to avoid or minimize the damages that they allege, mitigate the alleged damages, or avail themselves of preventative or remedial measures.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

136. Plaintiff's claims may be barred to the extent the Plaintiffs knowingly and intentionally did not complain of any alleged wage and hour violations to Defendants in bad faith to purposefully precipitate a claim.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

137. Plaintiff's claim for damages are barred or limited by Defendants' good faith efforts to comply with applicable law under the Portal-to-Portal Act, and Plaintiff's Complaint cannot establish willful violation of the FLSA.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

138. To the extent payments were made in good faith and in conformity with and in reliance on an administrative regulation, order, ruling, approval, interpretation, administrative practice, and/or enforcement policy of the United States Department of Labor and/or New York State Department of Labor, Defendants cannot be liable for relief or recovery.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

139. Plaintiffs' claims are barred or should be reduced, in whole or in part, by exclusions, exceptions, credits, recoupment or offsets permissible under the FLSA and the New York Labor Law.

**AS AND FOR EIGHTH AFFRIMATIVE DEFENSE**

140. Plaintiffs' claims are barred, in whole or in part, under the doctrine of waiver.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

141. Plaintiffs' claims, or the claims of the proposed class or collective, are barred, in whole or in part, under the doctrine of payment as Defendants have already tendered some or all of the payments claimed to be owed.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

142. Plaintiffs' claims are barred, in whole or in part, under the Doctrine of Avoidable Consequences or Ellerth/Faragher Defense.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSES**

143. Plaintiffs' claims, or the claims of the proposed class or collective, are in whole or in part *de minimis*.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSES**

144. To the extent that a Jury finds any liability, such liability is offset to Individual Defendants by other defendants not yet named in this lawsuit.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSES**

145. Plaintiffs' claims are barred, in whole or in part, under the doctrine of laches.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSES**

146. Plaintiffs' claims are barred, in whole or in part, under the doctrine of estoppel.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSES**

147. Plaintiffs' claims are barred, in whole or in part, under the doctrine of ratification.

**AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSES**

148. Plaintiffs' claims are barred, in whole or in part, under the doctrine of acquiescence.

**AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSES**

149. Plaintiffs' claims are barred, in whole or in part, under the doctrine of unclean hands.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Judgment be granted in favor of Defendants, dismissing the Complaint with Prejudice, awarding costs and fees to Defendants, and for such other and further relief as the Court may deem just and proper.

Dated: Great Neck, New York
August 18, 2021

Hamra Law Group, P.C.

/s/ Kevin S. Johnson

By: Kevin S. Johnson, Esq.
*Attorneys for Defendants*
1 Linden Place, Suite 207
Great Neck, NY 11021
(646) 590 – 0571
kjohnson@hamralawgroup.com

kevinsjohnson1@outlook.com