**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 2, 2021

***Via* ECF**
Hon. James Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

**Re: Plaintiff's Motion to Adjourn Mediation till after Paper Discovery has been Exchanged and Request for Initial Pre-Trial Conference**
***Lin v Fuji Hana Restaurant Corp. 21-cv-03832***

Dear Honorable Judge Cho:

This office represents Plaintiff in the above-captioned matter. We write respectfully, individually, in response to the Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule dated August 19, 2021, Docket Entry No. 15, to request for an adjournment of the scheduled mediation referral till after paper discovery has been exchanged by both sides and discovery has been conducted. At the same time, we respectfully request an Initial Pre-Trial Conference so that the case discovery beyond the scope prescribed in the Mediation Referral Order could begin in earnest.

On August 18, 2021, both parties had a meet and confer and discussed that they have specific issues of dispute to discuss during discovery, like the applicability of the delivery fee to Plaintiff and potential for conditional collective class action for the present case. Accordingly, Plaintiff believes that mediation at this juncture is not fruitful, but will be fruitful after paper discovery. Originally, the parties have agreed to defer mediation till a later date. After we proposed a joint letter to that effect, however, and contacting Defendants' counsel to no avail. Finally, on August 31, we texted Defendants' counsel who texted back and suggested that he preferred mediation at this moment.

Like the former case we had *Ye et al. v. Fuji Hana Restaurant Corp. et al.*, 20cv-02749 we had 4 plaintiffs against same defendants, we follow the court Mediation, and settle the case. We strongly believe that the general practice of not paying the overtime make the case shall go through the conditional collective action so to avoid too many case filing in this case and overwhelming flood the court dockets.

Accordingly, Plaintiff respectfully requests that the mediation conference be adjourned till after initial paper discovery has been exchanged and the motion for conditional collective certification adjudicated.

Respectfully submitted,
/s/ John Troy
John Troy
*Attorney for Plaintiff*

cc: via ECF
all counsel of record
/mh