**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

December 21, 2021

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Plaintiffs' Status Report:**
1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al*

Your Honor,

This office represents the Plaintiff's in the above-captioned matter. We write respectfully and pursuant to Your Honors order dated September 21, 2021, that the parties are to file a status report by December 21, 2021. Plaintiffs tried to contact Defendant's counsel numerous times throughout the day regarding the status report but Defendants failed to return Plaintiffs calls or emails that they sent regarding this. As a result of Defendants not contributing to this report, this report will only represent Plaintiff's position in the action.

The status of the case is that Plaintiff's counsel intends to send their Discovery Request to Defendants and nail down dates for Depositions before the New Year. Additionally, Plaintiff intends to be moving for Conditional Collective Certification in the action very soon and will be filing their Motion shortly. Plaintiffs will also provide a separate letter regarding the briefing schedule when they can get a hold of Defendants to decide on a joint briefing schedule for Plaintiffs anticipated Motion.

Plaintiff's position regarding mediation is that mediation would have a greater affect if it would happen after the parties have conducted discovery and respectfully request that the mediation be adjourned to after the party's complete discovery in the action.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,
TROY LAW, PLLC

/s/ John Troy
John Troy
*Attorney for Plaintiffs*

cc: *via* ECF
all counsel of record

/ed gd