TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------X
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*                    Plaintiff,
                              v.
FUJI HANA RESTAURANT CORP.
        d/b/a Fuji Hana Kosher Japanese Restaurant
        d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN
-----------------------------------------------------------X

Case No. 21-cv-03832

29 U.S.C. § 216(b)
COLLECTIVE ACTION &
FED. R. CIV. P. 23 CLASS
ACTION

**AFFIDAVIT OF SIU NA CHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, SIU NA CHAN, being duly sworn and under the penalty of perjury, deposes and states as follows:

1. I am a resident of Brooklyn, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about April 15, 2012 to May 10, 2020, I was employed by Defendants to work as a Packer, Cashier, and Hostess, at 512 Avenue U, Brooklyn, NY 11223.

4. From on or about April 15, 2012 to August 31, 2015, my regular summertime work schedule ran from:

    a. 11:30 to 23:00 on Sundays for eleven and a half (11.5) hours a day.

    b. 12:00 to 23:00 on Mondays, Tuesdays, Wednesdays, and Thursdays with an hour break for ten (10) hours a day.

    c. 21:00 to 24:00 on Saturdays for three (3) hours.

    d. For a total of six (6) days a week or fifty-four and a half (54.5) hours.

5. From on or about April 15, 2012 to August 31, 2015, my regular work wintertime schedule ran from:

    a. 11:30 to 23:30 on Sundays for twelve (12) hours a day.

    b. 12:00 to 23:00 on Mondays, Tuesdays, Wednesdays, and Thursdays with an hour break from for ten (10) hours a day.

    c. 18:00 to 23:00 on Saturdays for five (5) hours.

    d. For a total of six (6) days a week or fifty-seven (57) hours.

6. From on or about September 01, 2015 to May 10, 2020, my regular summertime work schedule ran from:

    a. 11:30 to 23:00 on Sundays for eleven and a half (11.5) hours.

    b. 12:00 to 23:00 on Mondays, Tuesdays, Wednesdays, and Thursdays with an hour break for ten (10) hours a day.

    c. 21:00 to 24:00on Saturdays for three (3) hours.

    d. For a total of six (6) days a week or fifty-four and a half (54.5) hours per week.

7. From on or about September 01, 2015 to May 10, 2020, my regular wintertime work schedule ran from:

    a. 11:30 to 23:30 on Sundays for twelve (12) hours.

    b. 12:00 to 23:00 on Mondays, Tuesdays, Wednesdays, and Thursdays with an hour break from 17:30 to 19:00 for ten (9.5) hours a day.

    c. 18:00 to 23:00 on Saturdays for five (5) hours.

    d. For a total of six (6) days a week or fifty-seven (57) hours per week.

8. From on or about September 01, 2015 to May 10, 2020 I had no actual break time which I was on standby, meaning if a customer's order came, my break stopped and I had to start working.

9. At all relevant times, I did not have a fixed time for lunch or for dinner.

10. From on or about April 30, 2012 to June 30, 2015, I was paid a flat compensation of nine hundred ($900) dollars a week.

11. From on or about July 01, 2015 to May 10, 2020, I was paid three thousand and six hundred ($3,600) dollars a month which was paid to me semi-monthly.

12. At all relevant times, I was not paid overtime pay for overtime work.

13. At all relevant times, I was never informed of my hourly pay rate.

14. Throughout my employment, I was not given a statement with my weekly payment reflecting my name, employer's name, employer's address and telephone number, my rate or rates of pay, any deductions made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in Chinese, my native language.

15. Throughout my employment, I was not compensated at least at one-and-one-half my promised hourly wage for all hours worked above forty (40) in each workweek.

16. The details of my colleagues are as follows:

*Sushi Bar Helper* He (M):

17. He is around 40 years old and about 5' in height with a skinny build.

18. He has black hair and does not wear glasses.

19. He is Chinese.

20. He worked as a sushi bar helper.

21. He started working during the summer of 2017 and was there when I left

22. He works 6 days a week and his regular work schedule ran from 11:30 to 22:30.

23. I believe He is paid $1450 dollars semi-monthly.

*Kitchen Chef* Lee (M):

24. Lee is around 30 years old and about 5'7 in height with a slightly large build.

25. Lee has short black hair and does not wear glasses.

26. Lee is Chinese.

27. Lee worked as a Chef in the Kitchen.

28. Lee started working at the restaurant from about September of 2018, and I think he is still working there.

29. Lee worked 6 days a week and his regular work schedule ran from 11:30 to 22:30.

30. I believe Lee is paid 1650 semi-monthly.

*Dishwasher* Danny (M):

31. Danny is around 60 years old and about 5'5 in height with a slightly chubby figure.

32. Danny has short black hair with some grey hair and does not wear glasses.

33. Danny is Indian Chinese.

34. Danny worked as a dishwasher at the restaurant.

35. Danny worked at the restaurant on and off from 2002 but he is working part-time at the restaurant now.

36. When Danny worked full-time at the restaurant, he worked 6 days a week and his regular work schedule ran from 10:30 to 22:00.

37. From August of 2020, Danny started working part-time for 2 days a week on Saturdays and Sundays. His regular work schedule ran from one hour after sunset until

23:00 on Saturdays and from 16:00 to 23:00 on Sundays.

38. I do not know how much Danny was paid.

*Waitress* Ling (F):

39. Ling is around 23 years old and about 5' in height with a very skinny build.

40. Ling has short black hair and does not wear glasses.

41. Ling is Taiwanese.

42. Ling worked as a Waitress at the restaurant.

43. Ling started working at the restaurant around September of 2015 until Spring of 2021.

44. Ling worked 6 days a week and her regular work schedule ran from 11:30 to 23:00.

45. I believe Ling was paid 240 dollars semi-monthly and tips.

*Sushi Chef* Chang (M):

46. Chang is around 50 years old and about 6' in height with a skinny build.

47. Chang has slightly grey hair and wears glasses.

48. Chang is Taiwanese.

49. Chang worked as a sushi chef at the restaurant.

50. Chang started working during April of 2012 and I believe he is still working at the restaurant.

51. Chang worked 6 days a week and his regular work schedule ran from 11:30 to 22:30.

52. I believe Chang is paid 1650 semi-monthly.

*Busboy* Ye Wen Ke (M):

53. Ye is around 29 years old and about 5'3 in height with a skinny build.

54. Ye has very short black hair and wears glasses.

55. Ye is Chinese.

56. Ye worked as a busboy at the restaurant.

57. Ye started working at the restaurant a few years after me.

58. Ye worked 6 days a week and his regular work schedule ran from 11:30 to 22:30.

59. I am not sure how much Ye was paid.

Part-Time *Receptionist/Packer/Cashier* Abby (F):

60. Abby is around 23 or 24 years old and about 5' in height with a skinny build.

61. Abby has long light brown hair and does not wear glasses.

62. Abby is Chinese.

63. Abby worked as a part-time receptionist, packer, and cashier at the restaurant.

64. Abby started worked in September of 2015 to March of 2020, I do not know if she went back after the restaurant reopened.

65. Abby worked 3 days a week as a part-time employee.

66. Abby's regular work schedule ran from 17:00 to 22:30 on Thursdays, one hour after sunset to 23:00 on Saturdays, and 16:00 to 23:00 on Sundays.

67. Abby sometimes work more than 3 days during holidays.

68. I believe Abby was paid 80 dollars per day on Thursdays and on weekends she makes what the waitresses make that day.

Part-Time *Receptionist/Packer* Ting (F):

69. Ting is around 22 years old and about 5'11 in height with a skinny build.

70. Ting has long slightly brown hair and does not wear glasses.

71. Ting is Chinese.

72. Ting worked as a part-time receptionist/packer.

73. I think Ting started working around September of 2018 to March of 2020.

74. Ting worked four (4) days from Mondays to Wednesday and Sunday as a part-time employee.

75. From Monday to Wednesday, Ting's regular work schedule ran from 17:00 to 22:30. On Sundays, Ting's regular work schedule ran from 12:00 to 22:30.

76. I believe Ting was paid 80 dollars per day on weekdays. On Sundays Ting is paid 80 dollars for her lunch shift from 12:00 to 16:00 and her dinner shift from 16:00 to 22:30, she is paid based on what the waitresses earn that day.

77. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I, Chan, Siu Na, fully comprehend and understand the contents of the Affidavit in Support for Conditional Certification. I have signed it and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification.

Dated: October 29, 2021

_____
Chan, Siu Na

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17 2022

Dated: October 29, 2021
Flushing, New York

Sworn to me this 29th day of October, 2021

_____
Notary Public

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires April 12, 2025

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires September 17, 2022

Tiffany Troy
Notary Public, State of New York
No. 02TR6419683
Qualified in Queens County
Commission Expires July 12, 2025