TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------------x
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*           Plaintiff,
                          v.
FUJI HANA RESTAURANT CORP.
    d/b/a Fuji Hana Kosher Japanese Restaurant
    d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN

                    Defendants.
-----------------------------------------------------------------x

Case No. 21-cv-03832

29 U.S.C. § 216(b)
**COLLECTIVE ACTION &**
**FED. R. CIV. P. 23 CLASS**
**ACTION**

**AFFIDAVIT OF YUNYAN GAO IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, YUN YAN GAO, being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Brooklyn, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about October 01, 2015, to June 23, 2021, I was employed by Defendants to work as a waitress, packer and delivery person at 512 Avenue U, Brooklyn, NY 11223.

4. From on or about October 01, 2015, to March 18, 2020, my regular summertime work schedule ran from:

    a. 10:45 to 23:30 on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays for eleven (11) hours and twenty (20) minutes each day.

    b. 21:00 to 24:00 on Saturdays for three (3) hours.

    c. For a total of five (6) days or sixty-one and three quarter (61.75) hours each week.

5. From on or about October 01, 2015, to March 18, 2020, my regular wintertime work schedule ran from:

    a. 10:45 to 23:30 on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays for eleven (11) hours and forty (45) minutes each day.

    b. 19:00 to 24:00 on Saturdays for five (5) hours.

    c. For a total of five (6) days or sixty-three and three quarter (63.75) hours each week.

6. From on or about May 10, 2020, to June 30, 2020, my regular work schedule ran from:

    i. 10:45 to 21:30 on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays for ten and three quarters (10.75) hours.

    ii. 19:00 to 22:00 on Saturdays for three (3) hours.

    iii. worked for fifty-six and three quarters (56.75) hours each week.

7. From on or about July 01, 2020, to August 31, 2020, my regular work schedule ran from:

    i. 10:45 to 21:30 on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays for ten and three quarters (10.75) hours.

    ii. worked for fifty-six and three quarters (56.75) hours each week.

8. From on or about September 01, 2020, to September 30, 2020, my regular work schedule ran from:

    i. 10:45 to 21:30 on Sundays, Mondays, Tuesdays, Wednesdays, and

       Thursdays for ten and three quarters (10.75) hours.

    ii. 19:00 to 22:00 on Saturdays for three (3) hours.

    iii. worked for fifty-six and three quarters (56.75) hours each week.

9. From on or about October 01, 2020, to June 23, 2021, my regular work schedule ran from:

    i. 10:45 to 21:30 on Sundays, Mondays, Tuesdays, Wednesdays, and Thursdays for ten and three quarters (10.75) hours.

    ii. 19:00 to 22:00 on Saturdays for three (3) hours.

    iii. worked for fifty-six and three quarters (56.75) hours each week.

10. At all relevant times I did not have a fixed time for lunch or for dinner.

11. At all relevant times, I did not have a fixed break and even then, I was on call, meaning if a customer's order came, my break stopped and I had to start working.

12. From on or about October 01, 2015 to December 31, 2016, I was paid a flat rate of four hundred ($400) dollars per month.

13. From on or about January 01, 2017, to March 18, 2020, I was paid a flat rate of four hundred and eighty ($480) dollars per month.

14. From on or about May 10, 2020, to September 30, 2021, I was paid a flat rate of one hundred and thirty ($130) dollars per day.

15. From on or about October 01, 2020, to February 13, 2021, I was compensated at a rate of fifteen ($15) dollars per hour.

16. From on or about February 14 to June 23, 2021, I was compensated at a rate of ten ($10) dollars per hour.

17. I was deducted an hour and a half (1.5) of pay even when I had no time for break when I was paid hourly.

18. For all periods excluding October 01, 2020, to February 13, 2021, I was not paid overtime pay for overtime work.

19. At all relevant times, I was never informed of my hourly pay rate or any tip deductions toward the minimum wage.

20. My tips were misappropriated by 3% each weekday and 5% on the weekends to give to the kitchen workers. Moreover, I had to share another 10% of my tips to the bus boy.

21. Throughout my employment, I was not given a statement with my weekly payment reflecting my name, employer's name, employer's address and telephone number, my rate or rates of pay, any deductions made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in Chinese, my native language.

22. Throughout my employment, I was not compensated at least at one-and-one-half my promised hourly wage for all hours worked above forty (40) in each workweek.

23. The details of my coworkers are as follows:

    *Sushi Chef* He Shi fu (M):

24. He Shi fu is around 40 years old, 5 feet 6 inches in height, and has a skinny build.

25. He Shi fu has black hair, doesn't wear glasses and is slightly balding.

26. He Shi fu worked as a sushi chef at the restaurant since about summer of 2015.

27. He Shi fu worked 6 days a week and his regular work schedule ran from 11:00 to 22:00 or 23:00.

28. I do not know for sure, but I would estimate He Shi Fu was paid around $700 dollars per week as that was typical for Sushi Chef.

    *Waitress* Amy (F)

29. Amy is around 40 years old, about 5'3 in height, and has a skinny build.

30. Amy has long black hair and does not wear glasses.

31. Amy is Chinese.

32. Amy worked at the restaurant as a waitress from 2013 to about 2017 or 2018.

33. Amy worked 6 days a week and her regular work schedule ran from 11:00 to 22:00 or 23:00.

34. I do not know for sure, but I would estimate Amy was probably paid 400 dollars a month plus tips, as we were both waitresses.

    *Waitress* Yuki (F):

35. Yuki is around 30 years old, and has a tall and skinny build.

36. Yuki has black hair and wears glasses.

37. Yuki is Chinese.

38. Yuki worked as a waitress at the restaurant from 2013 to 2016.

39. Yuki's worked 6 days per week, and her regular work schedule ran from 11:00 to 22:00 or 23:00.

40. I do not know for sure, but I would estimate Yuke was probably paid 400 dollars a month plus tips, as we were both waitresses

    .*Desert/Soup* Malia (F):

41. Malia is around 40 years old, about 5'4 in height, and has a medium to large build.

42. Malia is Spanish.

43. Malia worked in the kitchen making soups and desert.

44. I am not sure when Malia started working at the restaurant but she has been working there for a long time.

45. Malia worked 6 days a week, and her regular work schedule ran from 10:00 to 18:00.

46. I do not know how much Malia was paid.

*Dishwasher* Danny Ho (M):

47. Danny is around 60 years old and about 5'7 in height and has a muscular built.

48. Danny has grey hair.

49. Danny is Indian but speaks Chinese, English, and Haka.

50. Danny worked as a dishwasher since 2015 but now works part time.

51. When Danny was working full time, he worked 6 days a week and his regular work schedule ran from 10:00 or 11:00 to 21:00 or 22:00.

52. I think Danny was paid 900 dollars biweekly at first and then he got a raise and was paid 1000 dollars biweekly.

53. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on October 30, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: October 30, 2021

*Yun Yan Gao*
Gao, Yun Yan

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Gao, Yun Yan, told me what to write in her affidavit on October 30, 2021 in the Chinese language. I wrote down what she said in English. I then translated the English affidavit back to her the Chinese language. Gao, Yun Yan told me that she fully comprehends the content of the document. Gao, Yun Yan signed it as it was translated to her in Spanish language, and she, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2021
Flushing, New York

Chang, Shen Ning

Sworn to me this 30th day of October, 2021

_____
Notary Public

| JOHN TROY | AARON B. SCHWEITZER | Tiffany Troy |
| --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02TR6121824 | No. 02SC6380865 | No. 02TR6419683 |
| Qualified in Queens County | Qualified in Nassau County | Qualified in Queens County |
| Commission Expires April 12, 2025 | Commission Expires September 17, 2022 | Commission Expires July 12, 2025 |