TROY LAW, PLLC
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-------------------------------------------------------------------x
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*            Plaintiff,

v.

FUJI HANA RESTAURANT CORP.
    d/b/a Fuji Hana Kosher Japanese Restaurant
    d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN

                      Defendants.
--------------------------------------------------------------- x

Case No. 21-cv-03832

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION**

**AFFIDAVIT OF LING QIANG YE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, LING QIANG YE, being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Kings, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about January 01, 2014, to March 18, 2020 and April 26, 2020, for a day, I was employed by Defendants to work as an Oil Wok and Fry Wok at 512 Avenue U, Brooklyn, NY 11223.

4. From on or about January 01, 2014, to March 18, 2020, my regular work schedule ran from:

    a. 11:30-22:30 on Mondays, Tuesdays, Wednesdays, Thursdays and Sundays with an hour of break from 15:00-16:00 for ten (10) hours a day;

    b. 18:00-24:00 on Saturdays without a break for six (6) hours a day;

    c. for a total of six (6) days a week or fifty-six (56) hours each week.

5. At all relevant times, I did not have a fixed time for lunch or for dinner.

6. In fact, I had fifteen (15) minutes to eat and even then, I was on call, meaning that if customer's order came, my break stopped and I had to deliver.

7. From on or about January 01, 2014, to September 30, 2017, I was paid a flat compensation at a rate of two thousand seven hundred and fifty dollars ($2750) a month.

8. From on or about October 01, 2017, to September 30, 2018, I was paid a flat compensation at a rate of three thousand dollars ($3000) a month.

9. From on or about October 01, 2018, to October 31, 2019, I was paid a flat compensation of three thousand two hundred dollars ($3200) a month.

10. From on or about November 01, 2019, to March 18, 2020, I was paid a flat compensation at a rate of three thousand three hundred dollars ($3300) a month.

11. Throughout my employment, I was not paid for four (4) days of salary for days he worked on March 16, 2020, to March 18, 2020, and April 26, 2020.

12. At all relevant times, I was not paid overtime pay for overtime work.

13. At all relevant times, I was never informed of my hourly pay rate or any tip deductions toward the minimum wage.

14. Throughout my employment, I was not given a statement with my weekly payment reflecting my name, employer's name, employer's address and telephone number, my rate or rates of pay, any deductions made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in Chinese,

my native language.

15. Throughout my employment, I was not compensated at least at one-and-one-half my promised hourly wage for all hours worked above forty (40) in each workweek.

16. The details of my coworkers are as follows:

*Teppanyaki chef* LIN (M)

17. LIN is from China.

18. LIN is around forty (40) years old, 1.72m tall and weighs one hundred and forty (140) pounds. He has no glasses and has very short black hair.

19. LIN works as a Teppanyaki Chef.

20. LIN had already been working for Fuji Hana when I began work in April of 2013. He left at the end of 2018.

21. LIN worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 for six (6) hours on Saturday. In total, LIN worked sixty-one (61) hours a week.

22. LIN was paid the same salary as me.

23. I know LIN's salary because the manager paid all the kitchen workers together and told us that everyone's pay was the same.

*Teppanyaki chef* SHI FU (M)

24. SHI FU is from China.

25. SHI FU is around thirty (30) years old, 1.7 – 1.8m tall and weighs one hundred and sixty (160) pounds. He has no glasses and has average length black hair.

26. SHI FU works as a Teppanyaki Chef.

27. SHI FU had already been working for Fuji Hana when I began work in April of 2013. He left in mid-2018.

28. SHI FU worked from 11:30 to 22:30 for eleven (11) hours a day from Sundays through Thursdays for five (5) days plus 18:00 to 24:00 for six (6) hours on Saturdays, totaling sixty one (61) hours a week.

29. SHI FU was paid the same salary as me.

30. I know SHI FU's salary because the manager paid all the kitchen workers together and told us that everyone's pay was the same.

*Dishwasher* DENNY (M)

31. DENNY is Indian and Chinese.

32. DENNY is 60+ years old, 1.65m tall and weighs 150 pounds. He has no glasses, tanned skin and hair that is almost all white.

33. DENNY can speak Chinese.

34. DENNY works as a dishwasher.

35. DENNY had begun work for Fuji Hana for in 2014 and was still there when I left.

36. DENNY worked from 11:00 to 22:30 for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total, DENNY worked at least sixty-three and a half (63.5) hours a week.

37. DENNY's salary was lower than mine, probably around $1800-$1900 a month.

38. I know DENNY's salary because Denny told me his salary was less than $2000 a month when he began work in 2014 and told me later on that he asked the boss to

increase his salary.

*Sushi chef* CHIANG SHI FU (M)

39. CHIANG is from Taiwan.

40. CHIANG is 60+ years old, 1.7m tall and weighs 150 pounds. He has glasses and has grey and white hair.

41. CHIANG works as a Sushi Chef.

42. CHIANG had already been working for Fuji Hana when I began work and was still there when I left.

43. CHIANG worked from 11:00 to 22:30 for eleven and a half (11.5) hours a day Sundays through Thursdays for fifty-seven and a half (57.5) hours a week, and 18:00-24:00 or later for six (6) or more hours on Saturday. In total, CHIANG worked at least sixty-three and a half (63.5) hours a week.

*Sushi chef* HE SHI FU (M)

44. HE is from China.

45. HE is forty (40) years old, 1.6m tall and weighs a hundred and thirty (130) pounds. He has no glasses and has short black hair.

46. HE works as a Sushi Chef.

47. HE began work after I had begun working for Fuji Hana, having entered in the summer of 2017 or 2018. He left at the end of 2018.

48. HE worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 for six (6) hours on

Saturday. In total, HE worked sixty-one (61) hours a week.

49. HE was paid around $2500 a month when he entered.

50. I know HE's salary because I was informed by his cousin.

*Waitress* XIAO MEI (F)

51. XIAO MEI is from China.

52. XIAO MEI is around thirty (30) years old, 1.65m tall and weighs a hundred and thirty to a hundred and forty (130-140) pounds. She has no glasses and formerly had long hair, but later got a haircut to shoulder length hair.

53. XIAO MEI works as a Waitress.

54. XIAO MEI had come in in 2018-2019 and was still working there when I left.

55. XIAO MEI worked from 11:30 to 23:00 or later for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:30 for six and a half (6.5) hours on Saturday. In total, XIAO MEI worked sixty-four (64) hours a week.

56. XIAO MEI was initially paid $400 a month, later $500 to $600 a month, with tips totaling $2000 a month.

57. I know XIAO MEI's salary because I heard from other waitstaff while I was working as a teppanyaki chef.

*Deliveryman* JIMMY (M)

58. JIMMY is from China.

59. JIMMY is around fifty (50) years old, 1.58-1.6m tall and weighs a hundred and fifty

(150) pounds. He has no glasses and has short black hair.

60. JIMMY works as a deliveryman.

61. JIMMY had already been working for Fuji Hana when I began working for Fuji Hana, and he was still there when I left. He has been working for at least 10+ years.

62. JIMMY worked from 11:30 to 23:00 for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for roughly six (6) hours on Saturday. In total, JIMMY worked sixty-three and a half (63.5) hours a week.

63. I do not know JIMMY's salary.

64. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on November 11, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 11, 2021

_____
Ye, Ling Qiang

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Ye, Ling Qiang, told me what to write in his affidavit on November 11, 2021 in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Ye, Ling Qiang told me that he fully comprehends the content of the document. Ye, Ling Qiang signed it as it was translated to him in Chinese language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2021
Flushing, New York

_____
Chang, Shen Ning

Sworn to me this 11th day of November, 2021

_____
Notary Public

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires April 12, 2025

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires September 17, 2022

Tiffany Troy
Notary Public, State of New York
No. 02TR6419683
Qualified in Queens County
Commission Expires July 12, 2025