TROY LAW, PLLC
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------------x
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*                       Plaintiff,

v.

FUJI HANA RESTAURANT CORP.
     d/b/a Fuji Hana Kosher Japanese Restaurant
     d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN

                       Defendants.
-----------------------------------------------------------------x

Case No. 21-cv-03832

**29 U.S.C. § 216(b)
COLLECTIVE ACTION**

**AFFIDAVIT OF LING QIN YE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, LING QIN YE, being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Kings, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about September 01, 1997 to March 18, 2020 and on April 26, 2020 I was employed by Defendants to work as a Chef at 512 Avenue U, Brooklyn, NY 11223.

4. From on or about September 01, 1997 to March 18, 2020, my regular work schedule ran from:

    a. 11:30-22:30 on Mondays, Tuesdays, Wednesdays, Thursdays and Sundays with an hour of break from 15:00-16:00 for ten(10) hours a day;

    b. 18:00-24:00 on Saturdays without an break for six (6) hours a day;

    c. for a total of six (6) days a week or fifty-six (56) hours each week.

5. At all relevant times, I did not have a fixed time for lunch or for dinner.

6. In fact, I had fifteen (15) minutes to eat and even then, I was on call, meaning that if a customer's order came, my break stopped and I had to deliver.

7. From on or about January 01, 2014, to September 30, 2017, I was paid a flat compensation at a rate of two thousand seven hundred and fifty dollars ($2750) a month.

8. From on or about October 01, 2017, to September 30, 2018, I was paid a flat compensation at a rate of three thousand dollars ($3000) a month.

9. From on or about October 01, 2018, to December 31, 2018, I was paid a flat compensation of three thousand two hundred dollars ($3200) a month.

10. From on or about November 01, 2019, to March 18, 2020, I was paid a flat compensation at a rate of three thousand three hundred dollars ($3300) a month.

11. Throughout my employment, I was not paid for four (4) days of salary for days I worked on March 16, 2020, to March 18, 2020, and April 26, 2020.

12. At all relevant times, I was not paid overtime pay for hours in excess of forty (40) hours a week.

13. At all relevant times, I was never informed of my hourly pay rate or any tip deductions toward the minimum wage.

14. Throughout my employment, I was not given a statement with my weekly payment reflecting employee's name, employer's name, employer's address and telephone number, employee's rate or rates of pay, any deductions made from employee's wages, any allowances claimed as part of the minimum wage, and the employee's

gross and net wages for each pay day in Chinese, my native language.

15. Throughout my employment, I was not compensated at least at one-and-one-half hid promised hourly wage for all hours worked above forty (40) in each workweek.

16. The details of my colleagues are as follows:

*Teppanyaki chef* LIN (M)

17. LIN is from China.

18. LIN is around forty (40) years old, 1.72m tall and weighs one hundred and forty (140) pounds. He has no glasses and has very short black hair.

19. LIN works as a Teppanyaki Chef.

20. LIN had already been working for Fuji Hana when I began work in April of 2013. He left at the end of 2018.

21. LIN worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 or later for six (6) hours on Saturday. In total, LIN worked at least sixty-one (61) hours a week.

22. I do not know LIN's salary.

*Teppanyaki chef* SHI FU (M)

23. SHI FU is from Fuzhou, China.

24. SHI FU is around thirty (30) years old, 1.7 – 1.8m tall and weighs one hundred and sixty (160) pounds. He has no glasses and has average length black hair.

25. SHI FU works as a Teppanyaki Chef.

26. SHI FU had already been working for Fuji Hana when I began work in April of 2013. He left in mid-2018.

27. SHI FU worked from 11:30 to 22:30 for eleven (11) hours a day from Sundays through Thursdays for five (5) days and fifty-five (55) hours a week, plus 18:00 to 24:00 or later for six (6) hours on Saturdays. In total, he worked at least sixty-one (61) hours a week.

28. I do not know SHI FU's salary.

*Dishwasher* DENNY (M)

29. DENNY is Indian and Chinese.

30. DENNY is around sixty (60) years old, 1.65m tall and weighs a hundred and fifty (150) pounds. He has no glasses, tanned skin and hair that is almost all white.

31. DENNY can speak Chinese.

32. DENNY works as a dishwasher.

33. DENNY had begun work for Fuji Hana for the second time in 2014 and was still there when I left.

34. DENNY worked from 11:00 to 22:30 for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or longer for six (6) hours on Saturday. In total, DENNY worked sixty-three and a half (63.5) hours a week.

35. I do not know DENNY's salary.

*Sushi chef* CHIANG SHI FU (M)

36. CHIANG is from Taiwan.

37. CHIANG is around sixty (60) years old, 1.7m tall and weighs a hundred and fifty (150) pounds. He has glasses and has grey and white hair.

38. CHIANG works as a Sushi Chef.

39. CHIANG had already been working for Fuji Hana when I began work and was there when I left.

40. CHIANG worked from 11:30 to 22:30 for eleven and a half (11.5) hours a day Sundays through Thursdays for fifty-seven and a half (57.5) hours a week, and 18:00-24:00 or longer for six (6) hours on Saturday. In total, CHIANG worked sixty-three and a half (63.5) hours a week.

*Sushi chef* HE SHI FU (M)

41. HE SHI FU is from Guangdong, China.

42. SHI FU is around thirty (40) years old, 1.6m tall and weighs one hundred and thirty (130) pounds. He has no glasses and has short black hair.

43. HE SHI FU works as a Sushi Chef.

44. HE SHI FU had already been working for Fuji Hana when I began work in April of 2013, having begun at some time in 2017 or 2018. He was still there when I left.

45. HE SHI FU worked from 11:30 to 22:30 for eleven (11) hours a day from Sundays through Thursdays for five (5) days and fifty-five (55) hours a week, plus 18:00 to 24:00 or later for six (6) hours on Saturdays. In total, he worked at least sixty-one (61) hours a week.

46. I do not know HE SHI FU's salary.

*Waitress* XIAO MEI (F)

47. XIAO MEI is from Fuzhou, China.

48. XIAO MEI is around thirty (30) years old, 1.65m tall and weighs a hundred and thirty to a hundred and forty (130-140) pounds. She has no glasses and formerly had long hair, but later got a haircut to shoulder length hair.

49. XIAO MEI works as a Waitress.

50. XIAO MEI had come in in 2018-2019 and was still working there when I left.

51. XIAO MEI worked from 11:30 to 23:00 or later for at least eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for at least six (6) hours on Saturday. In total, XIAO MEI worked at least sixty-three and a half (63.5) hours a week.

52. I do not know XIAO MEI's salary.

*Deliveryman* JIMMY (M)

53. JIMMY is from Fuzhou, China.

54. JIMMY is around fifty (50) years old, 1.58-1.6m tall and weighs a hundred and fifty (150) pounds. He has no glasses and has short black hair.

55. JIMMY works as a deliveryman.

56. JIMMY had already been working for Fuji Hana when I began working for Fuji Hana, and he was still there when I left.

57. JIMMY worked from 11:30 to 23:00 for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for roughly six (6) hours on Saturday. In total, JIMMY worked sixty-three and a half (63.5) hours a week.

58. JIMMY was initially paid $1600 per month, and never got a raise.

*Waitress* AMY (F)

59. AMY is Chinese.

60. AMY is around thirty to forty (30-40) years old, does not wear glasses and has long hair. She has a son and a daughter and speaks English.

61. AMY works as a waitress.

62. AMY was already at Fuji Hana when I began working there. She left and was taken over by TAI LIN.

63. AMY worked from 11:30 to 23:00 or later for eleven and a half (11.5) or more hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total, AMY worked at least sixty-three and a half (63.5) hours a week.

64. I do not know AMY's salary.

*Waitress* SANDY (F)

65. SANDY is from Taiwan.

66. SANDY is around twenty (20) years old, wears glasses sometimes, has short hair and is relatively short. She speaks English.

67. SANDY works as a waitress.

68. SANDY had been at Fuji Hana for more than one year after I had started work there.

69. SANDY worked from 11:30 to 23:00 or later for eleven and a half (11.5) or more hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total,

    SANDY worked at least sixty-three and a half (63.5) hours a week.

70. I do not know SANDY's salary.

*Waiter* XIAO YANG (M)

71. XIAO YANG is Chinese.

72. XIAO YANG is tall, speaks English, wears glasses and has a sturdy build.

73. XIAO YANG works as a waiter.

74. XIAO YANG joined Fuji Hana after I had joined. However, when I began working for Fuji Hana again on April 26, 2020, he was not there.

75. XIAO YANG worked on average two days a week, from 11:30 to 22:30 normally and 18:00 to 24:00 on Saturdays. In total, he worked seventeen (17) hours a week.

76. I do not know XIAO YANG's salary.

77. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on November 11, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 11, 2021

_____
Ye, Ling Qin

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Ye, Ling Qin, told me what to write in his affidavit on November 11, 2021 in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Ye, Ling Qin told me that he fully comprehends the content of the document. Ye, Ling Qin signed it as it was translated to him in Chinese language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2021
       Flushing, New York

_____
Chang, Shen Ning

Sworn to me this 11th day of November, 2021

_____
Notary Public

| JOHN TROY | AARON B. SCHWEITZER | Tiffany Troy |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02TR6121824 | No. 02SC6380865 | No. 02TR6419683 |
| Qualified in Queens County | Qualified in Nassau County | Qualified in Queens County |
| Commission Expires April 12, 2025 | Commission Expires September 17, 2022 | Commission Expires July 12, 2025 |