TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

Case No. 21-cv-03832

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
DESHENG LIN,
*on their own behalf and on behalf of others similarly situated*

                       Plaintiffs,
                       v.
FUJI HANA RESTAURANT CORP.
    d/b/a Fuji Hana Kosher Japanese Restaurant
    d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN
----------------------------------------------------------X

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION**

**AFFIDAVIT OF WEN KE YE IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, WEN KE YE, being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Kings, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about April 01, 2011 to March 18, 2020, April 26, 2020, for a day and April 28, 2020, to April 29, 2020, for two days, I was employed by Defendants to work as a Busboy at 512 Avenue U, Brooklyn, NY 11223.

4. From on or about April 01, 2011 to March 18, 2020, April 26, 2020, and April 28, 2020, to April 29, 2020, for two days, my regular work schedule ran from:

    a. 10:30-22:30 for three (3) days a week without a break for twelve(12) hours a day;

    b. 10:30-23:00 for three (3) days a week without a break for twelve and a

      half(12.5) hours a day;

   c. for a total of six (6) days a week with Fridays off and for seventy-three and half (73.5) hours each week.

5. At all relevant times, I did not have a fixed time for lunch or for dinner.

6. In fact, I had fifteen (15) minutes to eat and even then, I was on call, meaning that if customer's order came, my break stopped and I had to deliver.

7. From on or about January 01, 2014, to December 31, 2015, I was paid a flat compensation of one thousand four hundred dollars ($1400) a month.

8. From on or about January 01, 2014, to December 31, 2015, with tips included, I received around two thousand six hundred dollars ($2600) a month.

9. From on or about January 01, 2016, to October 31, 2019, I was paid a flat compensation of one thousand four hundred dollars ($1400) a month.

10. From on or about January 01, 2016, to October 31, 2019, with tips included, I received around two thousand six hundred dollars ($2600) a month.

11. From on or about November 01, 2019, to March 18, 2020, I was paid a flat compensation of one thousand four hundred dollars ($1500) a month.

12. From on or about November 01, 2019, to March 18, 2020, April 26, 2020 and April 28, 2020 to April 29, 2020 with tips included, I received around two thousand six hundred dollars ($2700) a month.

13. At all relevant times, I was not paid overtime pay for overtime work.

14. At all relevant times, I was never informed of my hourly pay rate or any tip deductions toward the minimum wage.

15. Throughout my employment, I was not given a statement with my weekly payment

reflecting my name, employer's name, employer's address and telephone number, my rate or rates of pay, any deductions made from employee's wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in Chinese, my native language.

16. Throughout my employment, I was not compensated at least at one-and-one-half my promised hourly wage for all hours worked above forty (40) in each workweek.

17. Throughout my employment, I was not compensated for New York's "spread of hours" premium for shifts that lasted longer than ten (10) hours at my promised rate.

18. The details of my coworkers are as follows:

*Dishwasher* DENNY (M)

19. DENNY is around sixty (60) years old, 1.65m tall and weighs one hundred and fifty (150) pounds. He has no glasses, tanned skin, and grey and white hair that is almost white.

20. DENNY is Indian and Chinese.

21. DENNY works as a dishwasher.

22. DENNY joined Fuji Hana after I began working there. When I left work on March 18, 2020, he was still there. In fact, when I returned to work to Fuji Hana a second time, he was still there.

23. DENNY worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 for six (6) hours on Saturday. In total, DENNY worked sixty-one (61) hours a week.

24. I do not know DENNY's salary.

*Sushi chef* CHIANG SHI FU (M)

25. CHIANG is from Taiwan.

26. CHIANG is around sixty (60) years old, 1.7m tall and weighs one hundred and fifty (150) pounds. He has glasses, and short grey and white hair.

27. CHIANG works as a sushi chef.

28. CHIANG joined Fuji Hana after I began work there. When I left work on March 18, 2020, he was still there. In fact, when I returned to work to Fuji Hana a second time, he was still there.

29. CHIANG worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 or later for at least six (6) hours on Saturday. In total, CHIANG worked at least sixty-one (61) hours a week.

30. I do not know CHIANG's salary.

*Sushi chef* HE SHI FU (M)

31. HE is from Guangdong, China.

32. HE is 40 years old, 1.6m tall and weighs 130 pounds. He has no glasses and has short black hair.

33. HE works as a Sushi Chef.

34. HE began work after I had begun working for Fuji Hana. He was there when I began working for Fuji Hana a second time.

35. HE worked from 11:30 to 22:30 for eleven (11) hours a day Sundays through Thursdays and fifty-five (55) hours a week, plus 18:00 to 24:00 or later for at least six

    (6) hours on Saturday. In total, HE worked at least sixty-one (61) hours a week.

36. I do not know HE's salary.

*Deliveryman* JIMMY (M)

37. JIMMY is from Fuzhou, China.

38. JIMMY is around fifty (50) years old, 1.58-1.6m tall and weighs 150 pounds. He has no glasses and has short black hair.

39. JIMMY works as a deliveryman.

40. JIMMY had already been working for Fuji Hana when I began work, and he was still there when I left. In fact, he was also still there when I began working for Fuji Hana a second time.

41. JIMMY worked from 11:30 to 23:00 for eleven and a half (11.5) hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for roughly six (6) hours on Saturday. In total, JIMMY worked sixty-three and a half (63.5) hours a week.

42. I do not know JIMMY's salary.

*Busboy 1* (M)

43. BUSBOY 1 is Chinese.

44. BUSBOY 1 is young and wears no glasses.

45. BUSBOY works as a busboy.

46. BUSBOY 1 began working at Fuji Hana later than me. When I returned to work at Fuji Hana on April 26, 2020, he was not there.

47. I do not know BUSBOY 1's hours, but he left work earlier than me. I also know that BUSBOY 1 worked Sundays, as well as one day of the week that was not fixed.

48. I do not know BUSBOY 1's salary.

*Busboy 2* (M)

49. BUSBOY 2 is Chinese.

50. BUSBOY 2 is tall and sturdy, and wears glasses.

51. BUSBOY works as a busboy.

52. BUSBOY 2 began working at Fuji Hana later than me. When I returned to work at Fuji Hana on April 26, 2020, he was not there.

53. BUSBOY 2 worked from 16:00 to 22:00, sometimes to 22:30 for a total of six to six and a half (6-6.5) hours a day, 1-2 days a week, Sunday and one other day that was not fixed. He worked for a total of twelve to thirteen (12-13) hours a week.

54. I do not know BUSBOY 2's salary.

*Waitress* AMY (F)

55. AMY is Chinese.

56. AMY is around thirty to forty (30-40) years old, does not wear glasses and has long hair. She has a son and a daughter and speaks English.

57. AMY works as a waitress.

58. AMY was already at Fuji Hana when I began work there. She left before I left, and was taken over by TAI LIN.

59. AMY worked from 11:30 to 23:00 or later for eleven and a half (11.5) or more hours a

day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total, AMY worked at least sixty-three and a half (63.5) hours a week.

60. I do not know AMY's salary.

*Waitress* SANDY (F)

61. SANDY is from Taiwan.

62. SANDY is around twenty (20) years old, wears glasses sometimes, has short hair and is relatively short. She speaks English.

63. SANDY works as a waitress.

64. SANDY had been at Fuji Hana for more than one year after I had started work there. However, she was not there when I returned to work on April 26, 2020.

65. SANDY worked from 11:30 to 23:00 or later for eleven and a half (11.5) or more hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total, SANDY worked at least sixty-three and a half (63.5) hours a week.

66. I do not know SANDY's salary.

*Waiter* XIAO YANG (M)

67. XIAO YANG is Chinese.

68. XIAO YANG is tall, speaks English, wears glasses and has a sturdy build.

69. XIAO YANG works as a waiter.

70. XIAO YANG joined Fuji Hana after I had joined. When I began working for Fuji

Hana again on April 26, 2020, he was not there.

71. XIAO YANG worked from 11:30 to 22:30 or later with 1-2 days off. In total, he worked from fifty-five (55) to sixty-six (66) hours per week.

72. I do not know XIAO YANG's salary.

*Waitress* TAI LIN (F)

73. TAI LIN is from Fujian, China.

74. TAI LIN is around twenty to thirty (20-30) years old, does not wear glasses and has a middling stature. She is also a little fat.

75. TAI LIN works as a waitress.

76. TAI LIN was a successor to AMY. However, she was not working there when I began working for Fuji Hana again on April 26, 2020.

77. TAI LIN worked from 11:30 to 23:00 or later for eleven and a half (11.5) or more hours a day Sundays through Thursdays and fifty-seven and a half (57.5) hours a week, plus 18:00 to 24:00 or later for six (6) or more hours on Saturday. In total, TAI LIN worked at least sixty-three and a half (63.5) hours a week.

78. I do not know TAI LIN's salary.

*Waiter* KEVIN (M)

79. KEVIN is Chinese.

80. KEVIN is around twenty (20) years old, is tall and the same height as XIAO YANG, and has a sturdy build.

81. KEVIN works as a waiter.

82. KEVIN joined Fuji Hana later than me and some of the others. However, he was not working there when I began working for Fuji Hana again on April 26, 2020.

83. KEVIN worked from 11:30 to 22:30 or later for eleven and a half (11) or more hours a day for a total of fifty-five to sixty-six (55-66) hours a week.

84. I do not know KEVIN's salary.

85. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on November 11, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 11, 2021

_____
Ye, Wen Ke

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Ye, Wen Ke, told me what to write in his affidavit on November 11, 2021 in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Ye, Wen Ke told me that he fully comprehends the content of the document. Ye, Wen Ke signed it as it was translated to him in Chinese language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2021
        Flushing, New York

_____
Chang, Shen Ning

Sworn to me this 11th day of November, 2021

_____
Notary Public

| JOHN TROY | AARON B. SCHWEITZER | Tiffany Troy |
| --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02TR6121824 | No. 02SC6380865 | No. 02TR6419683 |
| Qualified in Queens County | Qualified in Nassau County | Qualified in Queens County |
| Commission Expires April 12, 2025 | Commission Expires September 17, 2022 | Commission Expires July 12, 2025 |