TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------X
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*                      Plaintiff,
v.
FUJI HANA RESTAURANT CORP.
　　d/b/a Fuji Hana Kosher Japanese Restaurant
　　d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN
-----------------------------------------------------------X

Case No. 21-cv-03832

29 U.S.C. § 216(b)
COLLECTIVE ACTION &
FED. R. CIV. P. 23 CLASS
ACTION

**AFFIDAVIT OF LIN YI DI IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, YI DI LIN being duly sworn and under the penalty of perjury, deposes and states as follows:

1. I am a resident of Kings, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From in or around September 01 2006 to August 05, 2018, I was employed by Defendants to work as a teriyaki chef at 512 Avenue U, Brooklyn, NY 11223.

4. From in or around September 2006 to August 05, 2018, my regular work schedule ran from: Sunday through Thursday from 11:30-23:00. I worked either five (5) or six (6) hours on Saturday depending on what time the Defendants opened up, for a total of sixty-two and a half (62.5) to sixty-three and a half (63.5) hours each week.

5. At all relevant times, I did not have a fixed time for lunch or for dinner.

6. From on or about September 01 2006 through August 31, 2007, I was paid Two Thousand Two Hundred Dollars ($2,200.00) per month.

7. From on or about September 01 2007 through August 31, 2008, I was paid Two Thousand Five Hundred Dollars ($2,500.00) per month.

8. From on or about September 01 2008 through July 31 2017, I was paid Two Thousand Seven Hundred Dollars ($2,700.00) per month.

9. From on or about August 01, 2017 to August 05, 2018, I was paid Two Thousand Seven Hundred Fifty Dollars ($2,750.00) per month.

10. In addition, at all relevant times, I was paid an around One Hundred Dollars ($100) as tips per month.

11. At all relevant times, I did not receive overtime pay for overtime work.

12. Throughout my employment, I was not given a statement with his weekly payment reflecting my name, employer's name, employer's address and telephone number, employee's rate or rates of pay, any deductions made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in Chinese, my native language.

13. Throughout my employment, I was not compensated at least at one-and-one-half his promised hourly wage for all hours worked above forty (40) in each workweek.

14. Throughout his employment, I was not compensated for New York's "spread of hours" premium for shifts that lasted longer than ten (10) hours at his promised rate.

15. The details of my colleagues are as follows:

*Kitchen Worker*, Lin Chun (M),

16. Lin Chun is from China

17. Lin Chun is around forty (40) years old, about 1.75 meters tall, and weighs around one hundred and forty (140) pounds.

18. Lin Chun is slightly balding.

19. Lin Chun worked at Fuji Hana Restaurant from around 2010 to 2018, I left a month after him.

20. Lin Chun also worked 6 days per week from 11:30 to 22:30 and I know this because I worked with him.

21. Lin Chun was probably paid around the amount of money I was.

*Kitchen Worker*, Ye Lin Qin,

22. Ye is from China

23. Ye was around sixty (60) years old, about 1.7 meters tall and has a medium build, weighing around one hundred and seventy (170) pounds.

24. Ye started working for Fuji Hana Restaurant when it first opened and continued to work there for 20 years

25. Ye worked six (6) days per week from 11:30 to 22:30, and I know this because we worked together.

26. I do not know how much Ye was paid but most likely that it was around the same as me.

*Kitchen Worker*, Ye, Lin Qiang (M),

27. Ye Lin Qiang is from China

28. Ye Lin Qiang is around forty five (45) years old, about 1.7 meters tall and has a medium build weighing about one hundred and fifty (150) pounds.

29. Ye, Lin Qiang was also slightly balding and did not wear glasses.

30. Ye, Lin Qiang worked at Fuji Hana restaurant and the left but came back to work again in 2015.

31. Ye, Lin Qiang left Fuji Hana after the pandemic started.

32. Ye, Lin Qiang worked six (60) days a week from 11:30 to 22:30, I know this because that I worked with him.

33. I am not certain of his pay but I think it is around the same as me.

*Busboy*, Monkey(M)

34. Monkey is from China and around twenty-eight (28) years old.

35. Monkey is around 1.7 meters tall and weighs about one hundred and thirty (130) pounds.

36. Monkey started working in 2012 and left after the pandemic started.

37. Monkey worked six (6) days per week from 11:00 to 23:00, and I know this because we worked together.

38. I do not know how much Monkey was paid.

39. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on November 5, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 5, 2021

_____
Lin, Yi Di

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Lin, Yi Di, told me what to write in his affidavit on _____ in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Lin, Yi Di told me that he fully comprehends the content of the document. Lin, Yi Di signed it as it was translated to him in Spanish language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2021
Flushing, New York                                   _____
                                                      Chang, Shen Ning

Sworn to me this 5th day of November, 2021

_____
Notary Public

| JOHN TROY | AARON B. SCHWEITZER | Tiffany Troy |
| --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02TR6121824 | No. 02SC6380865 | No. 02TR6419683 |
| Qualified in Queens County | Qualified in Nassau County | Qualified in Queens County |
| Commission Expires April 12, 2025 | Commission Expires September 17, 2022 | Commission Expires July 12, 2025 |

I told Chang, Shen Ning what to write in my affidavit on November 5, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 5, 2021

_____
Lin, Yi Di

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Lin, Yi Di, told me what to write in his affidavit on November 05, 2021 in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Lin, Yi Di told me that he fully comprehends the content of the document. Lin, Yi Di signed it as it was translated to him in Spanish language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 05, 2021
Flushing, New York

_____
Chang, Shen Ning

Sworn to me this 05th day of November, 2021

_____
Notary Public

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires April 12, 2025

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires September 17, 2022

Tiffany Troy
Notary Public, State of New York
No. 02TR6419683
Qualified in Queens County
Commission Expires July 12, 2025