TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-----------------------------------------------------------X
DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*                              Plaintiff,
v.
FUJI HANA RESTAURANT CORP.
    d/b/a Fuji Hana Kosher Japanese Restaurant
    d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor
RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN

                      Defendants.
-----------------------------------------------------------X

Case No. 21-cv-03832

29 U.S.C. § 216(b)
COLLECTIVE ACTION &
FED. R. CIV. P. 23 CLASS
ACTION

**AFFIDAVIT OF LIN CHUN IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, **CHUN LIN** being duly sworn and under penalty of perjury, depose and state as follows:

1. I am a resident of Kings, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about September 01, 2010 to about September 30, 2018, I was employed by Defendants to work as a Cook at 512 Avenue U, Brooklyn, NY 11223

4. From on or about September 01, 2010, to about September 30, 2018, my regular work schedule ran from:

    a. From Sunday through Thursday, I worked from 11:30-22:30 for eleven (11) hours per day.

    b. On Saturdays, I worked from 18:00 to 00:30 for six and half (6.5) hours per day.

    c. In total, I worked Sixty-One and a Half (61.5) Hours per week.

5. At all relevant times I did not have a fixed time for lunch or dinner.

6. In fact, I had 3 twenty-minute breaks, when I worked from Monday through Thursday to eat but even then, I was on call, meaning that if a customer's order came, my break would stop and I would have to cook the order.

7. From on or about September 01, 2010, until about June 30, 2017 I was paid a flat compensation at a rate of two thousand seven hundred dollars ($2,700) a month.

8. From in or around July 01 2017 until about September 30, 2018, I was paid a flat compensation at a rate of two thousand seven hundred fifty dollars ($2,750) a month.

9. Throughout my employment, I was not given a statement with my weekly payment reflecting ny name, employer's name, employer's address and telephone number,my rate or rates of pay, any deductions made from my wages, any allowances claimed as part of the minimum wage, and my gross and net wages for each pay day in English nor was I given one in Chinese, my native language.

10. Throughout my employment, I was not compensated at least one-and-one-half my promised hourly wages for all hours I worked above forty (40) in each workweek.

11. Throughout my employment, I was not compensated for New York's "spread of hours" premium for the shifts that lasted longer than ten (10) hours at a promised rate.

12. The details of my colleagues are as follows:

*Waiter*, Xiao Mei (F)

13. Xiao Mei is from China and is in her twenties.

14. Xiao Met is around 1.6 meters tall with a medium build

15. Xiao Mei Worked at Fuji Hana restaurant for about a year but I don't remember which year.

16. Xiao Mei work six (6) days a week, from 11:30 to 22:30, I know this because we worked together.

17. I do not know how much Xiao Mei was paid.

*Waitress*, Cindy (F),

18. Cindy is from China and is around thirty (30) years old.

19. Cindy is around 1.65 meters tall with a medium build.

20. Cindy worked at Fuji Hana restaurant for about three (3) to four (4) years and was still there after I quit.

21. Cindy worked six (6) days a week from 11:30 to 22:30.

22. I do not know how much she was paid.

*Fry Wok*, 阿長/ (M)

23. He was from China and around forty (40) years old.

24. He is about 1.7 meters tall and had a medium build.

25. He worked for about eight (8) to nine (9) years and was still working at Fuji Hana restaurant after I quit.

26. He works six (6) days a week from 11:30 to 22:30.

27. I have no knowledge of his pay.

*Stir-Fry Wok*, Lao Shifu (M),

28. He is from China and around seventy (70) years of age.

29. He is around 1.7 meters tall and has a medium build.

30. He worked at Fuji Hana restaurant for over twenty (20) years, he started since it opened and was still working there after I quit.

31. He worked six (6) days a week and from 11:30 to 22:30.

32. I have no knowledge of how much money he was paid.

*Busboy*, Monkey(M)

33. Monkey is from China and around twenty-eight (28) years old.

34. Monkey is around 1.7 meters tall and weighs about one hundred and thirty (130) pounds.

35. Monkey started working in 2012 and left after the pandemic started.

36. Monkey worked six (6) days per week from 11:00 to 23:00, and I know this because we worked together.

37. I do not know how much Monkey was paid.

38. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents.

I told Chang, Shen Ning what to write in my affidavit on November 7, 2021 in Mandarin Chinese language. Chang, Shen Ning wrote down what I said in English. Chang, Shen Ning then translated the English affidavit back to me in Mandarin Chinese language. I told Chang, Shen Ning that I fully comprehend the contents of the document. I have signed it as it was translated to me in Mandarin Chinese language, and I confirm the truth and accuracy of each statement of my Affidavit in Support of Motion for Conditional Collective Certification in Mandarin Chinese.

Dated: November 7, 2021

*LIN CHUN*
Lin, Chun

## DECLARATION

I, **Chang, Shen Ning**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Plaintiff's Motion for Conditional Collective Certification."

Lin, Chun, told me what to write in his affidavit on November 07, 2021 in the Chinese language. I wrote down what he said in English. I then translated the English affidavit back to him the Chinese language. Lin, Chun told me that he fully comprehends the content of the document. Lin, Chun signed it as it was translated to him in Chinese language, and he, confirmed the truth and accuracy of each statement in the Affidavit in Support of Motion for Conditional Collective Certification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 07, 2021
Flushing, New York

Chang, Shen Ning

Sworn to me this 07th day of November, 2021

Notary Public

| JOHN TROY | AARON B. SCHWEITZER | Tiffany Troy |
| --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02TR6121824 | No. 02SC6380865 | No. 02TR6419683 |
| Qualified in Queens County | Qualified in Nassau County | Qualified in Queens County |
| Commission Expires April 12, 2025 | Commission Expires September 17, 2022 | Commission Expires July 12, 2025 |