| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | | | | | | | |

| Summary Table of Coworkers' Hour and Pay Information ||||||||
|---|---|---|---|---|---|---|---|
| # | Name (Gender) | Affidavit Paragraphs | Position | Work Period<br><br>Within FLSA Statute of Limitation? | Work Schedule/ Wk | Work Hours/ Wk | Pay<br><br>Tipped? |
| 01 | Ye, Wen Ke (M) | **Aff. Siu Na Chan** ¶¶ 53-59<br>**Aff. Wen Ke Ye** ¶¶ 03-12 | Busboy | 2011/12-2020<br><br>Yes | 6 (six) days | Sat-Fri: 11:30-22:30/23:00 | $2600-$2700/m<br>Yes |
| 02 | Ye, Ling Qiang (M) | **Aff. Desheng Lin** ¶¶ 34-39<br>**Aff. Yidi Lin** ¶¶ 27-33<br>**Aff. Ling Qiang Ye** ¶¶ 03-10 | Chef | 2006-2020<br><br>Yes | 6 days | Sun-Thu: 11:30-22:30<br>Sat: 18:00-24:00 | $2750-$3300/m<br>No |
| 03 | Ye, Ling Qin (M) | **Aff. Desheng Lin** ¶¶ 40-45<br>**Aff. Yidi Lin** ¶¶ 22-26<br>**Aff. Ling Qing Ye** ¶¶ 03-10 | Chef | 2006-2020<br><br>Yes | 6 days | Sun-Thu: 11:30-22:30<br>Sat: 18:00-24:00 | $2750-$3300/m<br>No |
| 04 | Lin, Chun (M) | **Aff. Yidi Lin** ¶¶ 16-21<br>**Aff. Chun Lin** ¶¶ 03-08 | Kitchen Chef | 2010- 2018<br><br>No | 6 days | 11:30-22:30 | $2700-$2750/m<br>No |
| 05 | Abby (F) | **Aff. Siu Na Chan** ¶¶ 60-68 | Receptionist/ Packer/Cashier | 201509-202003<br><br>Yes | 3 (three) days | Th: 17:00-22:30<br>Sat: A hour after sunset to 23:00<br>Sun: 16:00-23:00 | $80/day<br>Yes |
| 06 | Ting (F) | **Aff. Siu Na Chan** ¶¶ 69-76 | Receptionist/ Packer/Cashier | 201809-202003<br><br>Yes | 4 (four) days (Mon-Wed, Sun) | Mon-Wed: 17:00-22:30<br>Sun: 12:00-22:30 | $80/day<br>Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07 | LIN (M) | **Aff. Ling Qiang Ye** ¶¶ 17-23 | Teppanyaki chef | 2014-2018 No | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 08 | SHI FU (M) | **Aff. Ling Qiang Ye** ¶¶ 24-30 | Teppanyaki chef | -2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 09 | LIN (M) | **Aff. Ling Qing Ye** ¶¶ 23-28 | Teppanyaki Chef | 2013-2018 No | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:00 | Yes |
| 10 | He (M) | **Aff. Siu Na Chan** ¶¶ 17-23 | Sushi Bar Helper (Chef) | 2017-2020 Yes | 6 (six) days | 11:30- 22:30 | $1450/Semi Monthly Yes |
| 11 | Chang (M) | **Aff. Siu Na Chan** ¶¶ 46-50 | Sushi Chef | 2012-2020 Yes | 6 (six) days | 11:30-22:30 | $1650 Semi Monthly+tips Yes |
| 12 | "He Shifu" (M) | **Aff. Yun Yan Gao** ¶¶ 24-28 | Sushi Chef | 2015-2021 Yes | 5.5 to 6 days | 11:00-22:00/23:00 | $700/wk Yes |
| 13 | CHIANG SHI FU (M) | **Aff. Wen Ke Ye** ¶¶ 25-30 | Sushi Chef | -2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 14 | HE SHI FU (M) | **Aff. Wen Ke Ye** ¶¶ 31-36 | Sushi Chef | -2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 15 | CHIANG SHI FU (M) | **Aff. Ling Qiang Ye** ¶¶ 39-43 | Sushi Chef | 2014-2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 16 | HE SHI FU (M) | **Aff. Ling Qiang Ye** ¶¶ 44-50 | Sushi Chef | 2014-2018 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | $2500/m Yes |
| 17 | CHIANG (M) | **Aff. Ling Qing Ye** ¶¶ 36-40 | Sushi Chef | 2013-2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |

| 18 | HE SHI FU (M) | **Aff. Ling Qing Ye** ¶¶ 41-46 | Sushi Chef | 2013-2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
|---|---|---|---|---|---|---|---|
| 19 | Ling (F) | **Aff. Siu Na Chan** ¶¶ 39-45 | Waitress | 2015-2020 Yes | 6 (six) days | 11:30-23:00 | $240/Semi Monthly+tips Yes |
| 20 | Yuki (F) | **Aff. Yun Yan Gao** ¶¶ 35-40 | Waitress | 2013-2016 No | 5.5 to 6 days | 11:00-22:00/23:00 | $400/m+tips Yes |
| 21 | Amy (F) | **Aff. Yun Yan Gao** ¶¶ 29-34 | Waitress | 2013-2018/19 Yes | 5.5 to 6 days | 11:00-22:00/23:00 | $400/m+tips Yes |
| 22 | "Xiao Mei" Annie (F) | **Aff. Desheng Lin** ¶¶ 28-33 | Waitress | 2013/14-2021 Yes | 6 days | 11:30-22:30 | Yes |
| 23 | Xiao Mei (F) | **Aff. Chun Lin** ¶¶ 13-17 | Waitress | A year | 6 days | 11:30-22:30 | Yes |
| 24 | Cindy (F) | **Aff. Chun Lin** ¶¶ 18-22 | Waitress | 2014/15-2018 No | 6 days | 11:30-22:30 | Yes |
| 25 | AMY (M) | **Aff. Wen Ke Ye** ¶¶ 55-60 | Waitress | -2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 26 | Sandy (F) | **Aff. Wen Ke Ye** ¶¶ 61-66 | Waitress | 2010-2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 27 | Xiao Yang (M) | **Aff. Wen Ke Ye** ¶¶ 67-72 | Waiter | -2020 Yes | 5-6 days | 11:30-22:30 with one to two days off | Yes |
| 28 | TAI LIN (F) | **Aff. Wen Ke Ye** ¶¶ 61-66 | Waitress | -2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:00 | Yes |

| 29 | Kevin (M) | **Aff. Wen Ke Ye** ¶¶ 79-84 | Waiter | -2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
|---|---|---|---|---|---|---|---|
| 30 | XIAO MEI (F) | **Aff. Ling Qiang Ye** ¶¶ 51-57 | Waitress | 2018/19-2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:30 | $400~$600+tips ($2000/m) Yes |
| 31 | XIAO MEI (F) | **Aff. Ling Qing Ye** ¶¶ 47-52 | Waitress | 2018/19-2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:30 | Yes |
| 32 | AMY (F) | **Aff. Ling Qing Ye** ¶¶ 59-64 | Waitress | 1997-2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:00 | Yes |
| 33 | SANDY (F) | **Aff. Ling Qing Ye** ¶¶ 65-70 | Waitress | 1996-2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:30 | Yes |
| 34 | XIAO YANG (M) | **Aff. Ling Qing Ye** ¶¶ 71-77 | Waiter | 1997-2020 Yes | 2 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 35 | "Monkey" (M) | **Aff. Desheng Lin** ¶¶ 46-51 | Busboy | | 6 days | 11:30-22:30 | Yes |
| 36 | "Monkey" (M) | **Aff. Yidi Lin** ¶¶ 34-39 | Busboy | 2012-2020 Yes | 6 days | 11:00-23:00 | Yes |
| 37 | "Monkey" (M) | **Aff. Chun Lin** ¶¶ 33-38 | Busboy | 2012-2020 Yes | 6 days | 11:00-23:00 | Yes |
| 38 | Busboy 1 (M) | **Aff. Wen Ke Ye** ¶¶ 43-48 | Busboy | -2020 Yes | Sun+another day (not fixed) | | Yes |
| 39 | Busboy 2 (M) | **Aff. Wen Ke Ye** ¶¶ 49-54 | Busboy | -2020 Yes | Sun+another day | 16:00-22:00/22:30 | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | "Asuga" (M) | **Aff. Desheng Lin** ¶¶ 52-61 | Part-time Delivery | 7-8 years | 2 half days | 16:00-22:30 | Yes |
| 41 | Delivery (M) | **Aff. Desheng Lin** ¶¶ 58-62 | Part-time Delivery | 5-6 years | 2-3 days | Sat, Mon-Tue: 11:30-22:30 11:30-21:00 | Yes |
| 42 | JIMMY (M) | **Aff. Wen Ke Ye** ¶¶ 37-42 | Delivery | -2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | Yes |
| 43 | JIMMY (M) | **Aff. Ling Qiang Ye** ¶¶ 58-64 | Delivery | 2014-2020 Yes | 6 days | Sun-Thu: 11:30-23:00 Sat: 18:00-24:30 | Yes |
| 44 | JIMMY (M) | **Aff. Ling Qing Ye** ¶¶ 53-58 | Delivery | 1997-2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | 1600/m Yes |
| 45 | Lee (M) | **Aff. Siu Na Chan** ¶¶ 24-30 | Kitchen Chef | 2018-2020 Yes | 6 (six) days | 11:30- 22:30 | $1650/Semi monthly No |
| 46 | Malia (F) | **Aff. Yun Yan Gao** ¶¶ 41-46 | Kitchen worker | 2015-2021 Yes | 6 days | 10:00-18:00 | No |
| 47 | Danny (M) | **Aff. Siu Na Chan** ¶¶ 31-40 | Dishwasher | 2002-2020 Yes | 6 (six) days 2 (two) days (Sat & Sun) | M-F: 10:30-22:00 Sat: One hour after sunset to 23:00 Sun: 16:00-23:00 | No |
| 48 | Danny Ho (M) | **Aff. Yun Yan Gao** ¶¶ 47-52 | Dishwasher | 2015-2021 Yes | 6 days at first, part time now | 10:00/11:00-21:00/22:00 | $900-1000/ Biweekly No |
| 49 | Denny (M) | **Aff. Wen Ke Ye** ¶¶ 19-24 | Dishwasher | -2020 Yes | 6 days | Sun-Th: 11:30-22:30 Sat: 18:00-24:00 | No |
| 50 | Denny (M) | **Aff. Ling Qiang Ye** ¶¶ 31-38 | Dishwasher | 2014-2020 Yes | 6 days | Sun-Thu: 11:30-22:30 Sat: 18:00-24:00 | No |

| 51 | DENNY (M) | **Aff. Ling Qing Ye** ¶¶ 29-35 | Dishwasher | 2014-2020 Yes | 6 days | Sun-Thu: 11:00-22:30 Sat: 18:00-24:30 | No |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 52 | "A Chang" (M) | **Aff. Chun Lin** ¶¶ 23-27 | Fry Wok | 2009/10-2018 No | 6 days | 11:30-22:30 | No |
| 53 | "Lao Shifu" (M) | **Aff. Chun Lin** ¶¶ 28-32 | Stir fry wok | 2000-2018 No | 6 days | 11:30-22:30 | No |