**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

January 6, 2022

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Joint Request to Adjourn Telephone Status Conference from January 14, 2022 at 11:30 a.m. to January 28, 2022 or at a time most convenient to the court**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiff's in the above-captioned matter. In light of Plaintiffs' Motion for Conditional Collective Class Certification, which will be fully briefed on January 20, 2022, we write jointly with Defendants to respectfully request that the status conference currently scheduled for January 14, 2022 at 11:30 a.m. be adjourned to January 28, 2022 at any time or at another date and time most convenient for the court.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,
TROY LAW, PLLC

/s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy
*Attorney for Plaintiffs*

cc: *via* ECF
all counsel of record

/mh