HAMRA LAW GROUP, PC.
32 BROADWAY, STE. 1818, NEW YORK, NY 10004
WEB: WWW.HAMRALAWGROUP.COM

KEVIN S. JOHNSON, ESQ.
KJOHNSON@HAMRALAWGROUP.COM

T: 646.590.0571
F: 646.590.0571

January 18, 2022

**VIA ECF**
Magistrate Judge James R. Cho
US District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Desheng Lin, et al. v. Fuji Hana, et al.**
**Case No. 1:21-cv-03832-EK-JRC**
**LETTER MOTION FOR EXTENSION TO BRIEFING SCHEDULE**

To Your Honor:

This office represents Defendants in the subject action and make this letter motion for an extension to the time to file *nunc pro tunc* and brief opposition and reply on Plaintiff's motion to Certify FLSA Collective Action. (Dkt. No. 20).

Counsel discussed this application, prior to filing, with the Plaintiffs' counsel and he has consented to this request and consented to following schedule, should the Court approve: **January 20, 2022** Opposition to be Filed; **January 31, 2022** Reply to be filed.

This is the first request by Defendants for an extension. Defendants and counsel thank the Court for its time and attention to this matter.

Best regards,

Kevin S. Johnson, Esq.

CC VIA EMAIL/ECF:
John Troy, Esq.
*johntroy@troypllc.com*