# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355


February 1, 2022

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Plaintiffs' Request to Address Sole Issue Reserved for Court's Ruling in Light of Stipulation for Conditional Collective Certification during Today's Status Conference 1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiff's in the above-captioned matter. The parties have stipulated to the Conditional Collective Class Certification but have reserved one sole issue regarding to the posting of the Notice of Pendency to be addressed at the upcoming status conference today, February 7, 2022 at 2:30 p.m.

Specifically, Plaintiffs respectfully request that the Notice of Pendency be posted in an clear and conspicuous, easily accessible, and well-lighted place customarily frequented by employees and applicants for employment. *See Kiang v. Yummy Oriental Restaurant Inc, et al.*, No. 18cv5256 (SJF)(ARL), at *7 (allowing notice to be "posted in English, Chinese, Spanish, and Malaysian" at the workplace). Defendants "oppose the particular language fully" and states that "the Judge is expecting us to discuss the stipulation as a whole. Since all your clients are related and know each other, I don't see how that's not just prejudicial and embarrassing. It's bad form in this case, as I have routinely left notices out of places of business."

We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

cc: *via* ECF
/mh