# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

February 7, 2022

*Via* **ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re:    Plaintiffs' Withdrawal of the Motion for Conditional Collective Class Certification**
**1:21-cv-03832-EK-JRC Lin,** *et al v.* **Fuji Hana Restaurant Corp.** *et al*

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write, as a follow up to the status conference today at 2:30 p.m., to withdraw Plaintiffs' Motion for Conditional Collective Class Certification, *see* Docket Entry No. 20, in light of the Stipulation for Conditional Collective Class Certification, as modified by Your Honor during today's conference, *see* Docket Entry No. 25.

We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: /s/ Tiffany Troy
Tiffany Troy
John Troy
Aaron Schweitzer
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

cc: *via* ECF
    /mh