**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

DESHENG LIN,
YUN YAN GAO, and
SIU NA CHAN,
*on behalf of themselves and on behalf of others similarly situated*

Plaintiffs,

v.

FUJI HANA RESTAURANT CORP d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana *et al*

Defendants.

---------------------------------------------------------------x

**Case No. 21-cv-03832**

**COURT AUTHORIZED NOTICE OF 29 U.S.C. § 216(b) COLLECTIVE ACTION**

**IMPORTANT NOTICE ADVISING YOU OF YOUR RIGHTS**

If you worked for FUJI HANA RESTAURANT CORP d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana, located at 512 Avenue U, Brooklyn, NY 11223, you are eligible to join this lawsuit.

## The Court Authorized this Notice.
## This is not a Solicitation from a Lawyer

THIS NOTICE is meant to advise you of your right to participate in this lawsuit as a claimant and plaintiff under the Fair Labor Standards Act if you worked for Defendants at any time from July 07, 2018 to the present and were not paid minimum wage for all hours worked and/or were not paid overtime for all hours worked over 40 in any given workweek.

Plaintiffs DESHENG LIN, YUN YAN GAO, and SIU NA CHAN worked for Defendants and has brought this action on behalf of all other current and former employees who have worked for Defendants at 512 Avenue U,Brooklyn, NY 11223 since July 07, 2018.

The lawsuit seeks monetary damages under the federal Fair Labor Standards Act and the New York Labor Law for, among other things, allegedly owed minimum wages and overtime wages. Defendants deny these allegations.

**Federal law prohibits Defendants from retaliating against you or discriminating against you if you wish to join this lawsuit.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you wish to be included, you must complete the form at the end of this Notice. |
| **DO NOTHING** | If you do nothing, you will not be part of the lawsuit. This means if the lawsuit is successful, you will not collect any money from it. |

Your options are explained in this notice. To ask to be included in this lawsuit, you must act before [74 days from Court Order, with a 14 day period for mailing]

## 1. What is this lawsuit about?

This lawsuit is about whether the Defendants properly paid its employees in accordance with the federal Fair Labor Standards Act and the New York Labor Law. In the portion of the lawsuit brought under the Fair Labor Standards Act, the lawsuit alleges, among other things, that Defendants (i) failed to pay employees the full minimum wage for all hour worked and (ii) failed to pay overtime for all hours worked over 40 in any given workweek.

Defendants deny these allegations.

## 2. Do I Qualify to Join the Lawsuit?

You are getting this notice because Defendants' records show that you work or worked for Defendants at some time from July 07, 2018 through the present.

## 3. What damages is the lawsuit seeking?

The lawsuit is seeking to recover, among other things, unpaid minimum wages, unpaid overtime pay, and "liquidated damages," which double the amount of wages owed. The lawsuit is also seeking recovery of costs and attorneys' fees.

## 4. What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement or a favorable judgment.

While this lawsuit is pending, as part of the discovery process, you may be asked to provide documents or information relating to your employment with Defendants, which may include responding to written questions or answering questions in person under oath, either before or at trial. For this reason, if you join the lawsuit, you should preserve all documents relating to the Defendants currently in your possession. You also may be asked to sit for a deposition scheduled at your convenience and/or asked to testify at a trial in the EASTERN DISTRICT OF NEW YORK Courthouse.

## 5. Can Defendants and/or my current employer retaliate or fire me if I join the lawsuit?

No. It is a violation of federal law for Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this lawsuit.

## 6. Can I participate in this lawsuit, even though, due to my immigration status, I did not work or am not working for Defendants legally?

Yes. Your immigration status does not affect your entitlement to recover back wages or to participate in the lawsuit.

## 7. How do I ask the Court to include me in the lawsuit?

Enclosed is a form called the "Plaintiff Consent Form." **If you choose to join the lawsuit, it is extremely important that you read, sign, and promptly return the Plaintiff Consent Form.**

An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Plaintiff Consent Form must be sent to the following address:

**CLERK OF COURT**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

**RE: NYED 21-cv-03832**
***LIN, et al. v. FUJI HANA RESTAURANT CORP***
***d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana et al.***

Your signed and filled-out Plaintiff Consent Form must be made returnable to the Clerk of Court (address above) **and** postmarked by (74 days from Court Order, with a 14 day period for mailing). If your signed and filled-out Plaintiff Consent Form is not postmarked by (74 days from Court Order, with a 14 day period for mailing), you may not be able to participate in the federal law portion of this lawsuit or share in a monetary damage. You can also fax the Plaintiff Consent Form to (718) 762-1342 or scan and email it to troylaw@troypllc.com.

## 8. Do I have an attorney in this lawsuit?

The Plaintiffs in this lawsuit are represented by **Troy Law, PLLC**, 41-25 Kissena Boulevard, Suite 103, Flushing, New York 11355, (718) 762-1324.

You may choose to be represented by Plaintiffs' counsel in this case. However, you also have the right to hire any attorney of your choice to represent you in this matter. However, if you choose not to be represented by Troy Law, PLLC, you will need to confer with the attorneys you are hiring regarding their costs and fees.

## 10. How will the attorneys be paid?

If you choose to be represented by Troy Law, PLLC, their costs and fees will be paid out of any settlement or money judgment Plaintiffs receive against Defendants. If there is no settlement or money judgment, Troy Law, PLLC will not receive any fee. You will not be required to pay anything out of pocket for services provided by Troy Law, PLLC.

If you select an attorney other than Troy Law, PLLC to represent you in this action, you may join this lawsuit by submitting an appropriate consent form directly to the Clerk of Court by the deadline indicated herein.

## 11. What happens if I do nothing at all?

If you do nothing, you will not be part of the lawsuit. This means that if the lawsuit is successful, you will not collect any money from it. It also means you will not be affected by any court decisions in the lawsuit, whether favorable or unfavorable.

## 12. How can I obtain additional information?

Further information about this Notice, the deadline for joining the lawsuit, the form provided or answers to other questions concerning this lawsuit may be obtained by contacting the Troy Law, PLLC at (718) 762-1324. Substantive communications with Troy Law, PLLC for the purpose of obtaining legal advice are presumed **privileged and confidential** and will not be disclosed to anyone without your permission.

## This notice has been authorized by the court.

This notice and its contents have been authorized by a federal judge for the United States District Court for the Eastern District of New York. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit. However, the Court is not giving any advice on whether you should or should not join the lawsuit.

**Please do not write or call the court about this notice.**

**PLAINTIFF CONSENT FORM**

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [74 days from Court Order, with a 14 day period for mailing].

I consent to be a party plaintiff in the lawsuit *LIN, et al. v. FUJI HANA RESTAURANT CORP d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana, et al.*, U.S. District Court, EASTERN DISTRICT OF NEW YORK, Civil Action No. 21-cv-03832 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

Please check ONE of the following options:

_____ I hereby designate Plaintiffs and their counsels Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____ I wish to proceed with alternative counsel of my choosing, or on my own.

<<Name>>______________________________
Name (printed)

________________________________________
Signature Date

<<Address>>____________________________
Street Address

<<City>> <<State>> <<Zip code>>
City State ZIP

Questions?
Contact Plaintiffs' Counsel at:
(718)762-1324 or TROYLAW@TROYPLLC.COM

<<Phone Number>>
Best Telephone Number(s)

<<Email>>
Email

<<Location>>
Work Location(s)

<<Start Date>>
Employment Start Date

<<End Date>>
Employment End Date

**THE LAST DAY TO FILE THIS CONSENT TO JOIN LAWSUIT FORM IS [**74 days from Court Order, with a 14 day period for mailing**]**

**CONSENT TO JOIN LAWSUIT FORMS FILED AFTER THE ABOVE DATE WILL BE REJECTED.**

**IF YOU WISH TO JOIN THE ABOVE-CAPTIONED CASE YOU MUST MAIL THE ENCLOSED CONSENT TO JOIN LAWSUIT FORM POSTMARKED BY [**74 days from Court Order, with a 14 day period for mailing**]**

**Mail to:**

**CLERK OF COURT**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

**RE: NYED 21-cv-03832**
***LIN, et al. v. FUJI HANA RESTAURANT CORP***
***d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana et al.***