**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

February 1, 2022

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Joint Request for Extension of Time for Defendants to Provide Complete Name List till Friday, March 25, 2022 and for Plaintiffs to have 1 Week to Mail Thereafter**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write jointly with Defendants to respectfully request an extension of the opt-in period. The reason for the request was that Defendants have provided a deficient name list with 41 names, only 14 of whom have addresses. Of these individuals, 4 are Plaintiffs in this case or federal /state case brought by different Plaintiffs against the same Defendants. After meeting and conferring, Defendants' counsel have communicated with the company's representative and has agreed to cure their deficient name list by March 25, 2022.

Accordingly, Plaintiffs respectfully request for one week's time thereafter, till April 1, 2022 to mail, and for the opt-in period to be extended to June 1, 2022.

We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

cc: *via* ECF
/mh