# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, SUITE 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

KEVIN S. JOHNSON, ESQ.                                                      T: 646.590.0571
KJOHNSON@HAMRALAWGROUP.COM                                                  F: 646.619.4012

May 12, 2022

**VIA ECF**
Hon. Magistrate Judge James R. Cho
US District Court – EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:      **Desheng Lin, et al. v. Fuji Hana Restaurant Corp, et al.**
                    **Case #: 1:21-cv-03832-EK-JRC**

## SECOND JOINT MOTION FOR EXTENSION OF CLASS OPT-IN PERIOD

To Your Honor:

      This office represents Defendants in the above-captioned action. We write jointly to request an extension of the opt-in deadlines and other class deadlines set by this Court previously.

      This is the second motion for an extension of time. The first motion was filed on March 21, 2022 (Dkt. No. 30) and the same was granted by the Court on March 24, 2022. In particular, the Court ordered that the notices shall be disseminated and posted by April 1, 2022 and the opt-in period and tolling of the statute of limitations was to end on June 1, 2022.

      The Parties request another extension for the following reasons. In accordance with the previous orders of this Court regarding the opt-in period for the class members (see Dkt No. 29), this office forwarded a class list to counsel for Plaintiff's on February 24, 2022 via email. Admittedly, the list, though it covered all relevant employees for the class, for some members, there was missing information for some. In particular, the list lacked addresses for some former employees.

      The reason for this deficiency stems from a lack of accurate records from Defendant. Defendant corporation obtained a third-party bookkeeper, Defendant Jack Cohen, who began working on a contract basis for Defendants handling accounting matters for them. He reports that the record keeping prior to his start approximately 3 years ago was insufficient for him to provide complete information for all employees. Primarily, the Defendant, prior to that, did not keep good electronic files.

      On or around March 25, 2022, I informed Plaintiff's counsel of the same and we held two meet and confers. We had one meet and confer over the phone and a second in person meet and confer on April 20, 2022 on the matter, as well as discussing over various email exchanges and phone calls. It was agreed that Defendants would do a final good faith search for the appropriate information and, should the class list still be deficient, Defendants would provide a statement from



# HAMRA LAW GROUP, PC.

1 Linden Place, Suite 207, Great Neck, NY 11021
Web: Www.Hamralawgroup.Com

Kevin S. Johnson, Esq.                                              T: 646.590.0571
KJohnson@hamralawgroup.com                                          F: 646.619.4012

Defendant Cohen indicating his efforts at searching and said results.  We agreed that we would then make the current application to the Court.

Unfortunately, the most recent delays stem from myself. Defendant's office is a three attorney firm. As such, I have had a large class action, which includes, between to joined cases, approximately 35 named Plaintiffs. The deposition schedule for the prior month and a half has delayed my ability to meet and confer with my clients regarding the statement of due diligence. We have been taking 3-4 depositions on an almost weekly basis.

I ask the Court to excuse this delay, and the Parties suggest and request the following revised class opt-in and statute of limitations tolling:

May 20, 2022: Provision of the complete name list together with employment records;

June 3, 2022: Completion of mailing out for the notice of pendency and consent to join

August 2, 2022: End of opt in period.


The Parties thank the Court for its time and attention to this matter.


Best regards,



Kevin S. Johnson, Esq.


VIA ECF / Email:
Tiffany Troy, Esq.
tiffanytroy@troypllc.com
troylaw@troypllc.com