**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 15, 2022

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Joint Status Report and Letter Motion for Conference**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write jointly with Defendants' counsel to respectfully report the status of the case and to request a further extension to the notice of pendency period, for conference, and for further relief as set forth below.

Specifically, since the parties' last update to the court on May 12, 2022, *see* Docket No. 31, Defendants provided an updated name list on June 2, 2022, after Defendants' counsel Kevin Johnson went in person to the restaurant to go through the employment records of the Fuji Hana Japanese Kosher restaurant with Defendants Isadore Natkin and Jack Cohen.

Given the substantial update between the initially-provided name list and the updated name list, Plaintiffs respectfully request time till June 25, 2022 to disseminate the notice of pendency to individuals listed on the name list.

Plaintiffs further respectfully request that the Court direct Defendants to provide an affidavit certifying the completeness of the name list from employment records.

Defendants requests an affidavit from Daisy regarding where the records are. Plaintiffs' position is that Defendants' request is premature and inappropriate given that the records are all kept on site at the Fuji Hana Japanese Kosher Restaurant.

We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*
By: /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy

cc: *via* ECF
/mh