# PLAINTIFF CONSENT FORM

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN **08/02/2022**.

I consent to be a party plaintiff in the lawsuit *LIN, et al. v. FUJI HANA RESTAURANT CORP d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana, et al.*, U.S. District Court, EASTERN DISTRICT OF NEW YORK, Civil Action No. 21-cv-03832 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

Please check ONE of the following options:

_X___ I hereby designate Plaintiffs and their counsels Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____ I wish to proceed with alternative counsel of my choosing, or on my own.

Darren Klemons
Name (printed)

DocuSigned by:
[signature]
F8C8D80B10FB4A2... 6/21/2022
Signature Date

1821 Pilgrim Avenue
Street Address

Bronx, NY
City State ZIP

347 200 1001
Best Telephone Number(s)

darrenjr17@aol.com
Email

512 Avenue U, Brooklyn, NY 11223
Work Location(s)

Employment Start Date

Employment End Date

**THE LAST DAY TO FILE THIS CONSENT TO JOIN LAWSUIT FORM IS**
**08/02/2022**

**CONSENT TO JOIN LAWSUIT FORMS FILED AFTER THE ABOVE DATE WILL BE REJECTED.**

**IF YOU WISH TO JOIN THE ABOVE-CAPTIONED CASE YOU MUST MAIL THE ENCLOSED CONSENT TO JOIN LAWSUIT FORM POSTMARKED BY**
**08/02/2022**

**Mail to:**

**CLERK OF COURT**
**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

**RE: NYED 21-cv-03832**
***LIN, et al. v. FUJI HANA RESTAURANT CORP***
***d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana et al.***