**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 15, 2022

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Joint Status Report and Joint Motion for Extension of Time to Complete Discovery Post-Mediation, Plaintiffs' Request to Stay Discovery till Completion of Discovery**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write jointly with Defendants' counsel to respectfully report the status of the case. *See* Docket Order dated June 27, 2022.

The parties have jointly decided on Mediator Pamela Esterman and further set a Mediation date for September 30, 2020. The parties intend to settle the case on a Rule 23 class basis. While the parties are hopeful to achieve a resolution during the first mediation session, we respectfully request leave to update the court within seven days of the mediation session if further mediation sessions are scheduled.

The Parties request for three months after mediation date to complete discovery. This is necessitated by the number of parties in the case, as well as the voluminous document production produced and still to be produced.

Plaintiffs request, while Defendants oppose, for a stay on discovery till after Mediation is complete.

We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*
By: /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy

cc: *via* ECF
/mh