HAMRA LAW GROUP, PC.
1 LINDEN PLACE, STE. 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

DEBORAH R. KICK, ESQ.
DKICK@HAMRALAWGROUP.COM

T: 646.590.0571
F: 646.590.0571

October 21, 2022

**VIA ECF**

James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Desheng Lin, et al. v. Fuji Hana Restaurant Corp, et al.*
Case No. 1:21-cv-03832-EK-JRC

Dear Magistrate Judge Cho:

This office represents all Defendants in the above captioned action. Defendants write in response to the Court's order of 10/14/22, which required that the Parties submit a status letter by today (after the Parties failed to file in accordance with the Court's 8/10/22 Order).

This office circulated a draft letter to Plaintiffs' counsel, but as of the time of this filing have received no response. As such, Defendants file this letter on behalf of themselves.

The Parties have rescheduled mediation for December 5, 2022, in order that the Parties may fully disclose and review class member discovery. Additionally, though Plaintiff's have requested that discovery be stayed in this action until such time as mediation is held, Defendants have and continue to oppose such an order. The factual circumstances of this action dictate that at least some party depositions are necessary for a fair resolution of this action, not the least that a Plaintiff, who operated as a manager for Defendants, appears to be responsible for the potential liabilities she now attempts to lay at the feet of the Defendants. Additionally, Defendants have served three non-party subpoenas for testimony, which have yet to be held.

As such, Defendants would request a status conference or permission to submit a revised case management plan to the Court for approval and so-ordering.

Defendants and counsel thank the Court for its time and attention to this matter.

Respectfully submitted,

Kevin S. Johnson

*Kevin S. Johnson, Esq.*

Cc: Tiffany Troy, Esq. (via ECF)