# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, STE. 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

DEBORAH R. KICK, ESQ.
DKICK@HAMRALAWGROUP.COM

T: 646.590.0571
F: 646.590.0571

October 21, 2022

**VIA ECF**

James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Desheng Lin, et al. v. Fuji Hana Restaurant Corp, et al.*
1:21-cv-03832-EK-JRC

Dear Magistrate Judge Cho:

Defendants, Fuji Hana Restaurant Corp. d/b/a Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana, Lorraine Gindi, Estate of Isadore Gindi, by executor Raymond Betesh, Isadore Natkin, and Jack Cohen, submits the following joint status letter to the Court, jointly with counsel for Plaintiffs, Desheng Lin, on his own behalf and on behalf of others similarly situated (collectively, "Plaintiffs") in response to Your Honor's October 14, 2022, order to submit a joint discovery status report no later than October 21, 2022.

The parties apologize for the delay in submitting the joint status report. Counsel were not able to confer until after the Defendants filed their letter, a short time ago. Briefly, since the last status report, Plaintiffs are in receipt of the document production from Defendants. However, we have not received the responses to the interrogatories nor the document production responses. Tiffany Troy for Plaintiffs and Deborah R. Kick have met and conferred about a timeline for the re-scheduled class mediation production will be produced by Defendants, and Defendants' counsel indicated that they have set up an appointment in the week of October 23, 2022 to speak with the Plaintiff's regarding interrogatories and responses to be served by November 14, 2022. This should give both parties sufficient time to submit the ex-parte mediation proposal to the mediator Pamela Esterman ahead of the re-scheduled class-wide mediation on December 5, 2022 at 2 pm.

We respectfully request that the discovery be extended to 90 days following the mediation to allow both sides to focus their time and resources on getting through the paper discovery and completing mediation, including follow up sessions if necessary.

The Parties cannot come to terms with when depositions should be held. Defendants request prior to mediation, Plaintiff's request after. The Parties have agreed to meet and confer

next week to resolve the dispute on the taking of depositions. Should the Parties fail to come to terms on that issue, we shall promptly inform the Court and jointly request a conference.

Should the Court have any questions, please let us know. We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/Deborah R. Kick*

Deborah R. Kick, Esq.

Cc: Tiffany Troy, Esq. (via ECF)
Pamela Esterman, Esq. (via ECF)