HAMRA LAW GROUP, PC.
1 Linden Place, Suite 207, Great Neck, NY 11021
Web: Www.Hamralawgroup.Com
DEBORAH R. KICK, Esq.
DKICK@HAMRALAWGROUP.COM
T: 646.590.0571
F: 646.619.4012

March 24, 2023

**Via ECF**
Hon. Magistrate Judge James R. Cho
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Desheng Lin, et al. v. Fuji Hana Restaurant Corp, et al.**
**Case No.: 1:21-cv-03832-EK-JRC**

**THIRD MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Dear Magistrate Judge Cho:

This office represents Defendants in the above-captioned action. We write independently to request an extension of the discovery deadlines, particularly the deadlines to complete depositions of all parties, set previously by this Court.

This is the third motion for an extension of time to complete discovery. The first motion was filed on August 10, 2022, to have more time to complete discovery post-mediation. See Dkt. No. 35. A decision was ultimately never made on this motion because that same day, August 10, 2022, the parties were referred to mediation. The second motion was made on February 19, 2023, concurrent with a status letter to the Court. See Dkt. No. 41. The Order was granted. Pursuant to the Court's Order, all depositions are to be completed on or before April 22, 2023, and all discovery is to be completed on or before June 22, 2023.

Currently, the following two depositions are the only confirmed depositions: Opt-In Plaintiff Siu Na Chan ("Daisy") on April 20, 2023, at 10:00am; and Plaintiff Lin Desheng ("Jimmy") on Wednesday, April 26, 2023, at 10:00am

To date, the remainder of the depositions, approximately ten persons, have yet to be scheduled or cannot have dates confirmed. This lack of coordinating scheduled dates lies solely at the feet of the Plaintiffs' counsel.

On March 6, 2023, this office emailed a dozen Notice of Depositions to Plaintiffs' counsel, noticing the depositions of the named Plaintiffs as well as several opt-in plaintiffs. The depositions were to occur on or before March 30, 2023. The Defendants did not receive any response from the Plaintiffs for over twenty-four (24) hours. On March 7, 2023, the undersigned followed up with Plaintiffs' counsel via email, phone call, and text message (the latter pursuant to the direction of the Plaintiffs' counsel following the phone call), and eventually received a response that same day by email. The Plaintiffs' counsel requested the depositions of all parties,

HAMRA LAW GROUP, PC.
1 LINDEN PLACE, SUITE 207, GREAT NECK, NY 11021WEB: WWW.HAMRALAWGROUP.COM
DEBORAH R. KICK, ESQ.
DKICK@HAMRALAWGROUP.COM
T: 646.590.0571
F: 646.619.4012

despite receiving Notices of their clients to be deposed no later than March 30, 2023, requested all depositions be held in mid-April or late May. Our office advised it would like the depositions to be held according to the Court's most recent Order (Dkt. No. 41).

The next contact was had on March 12, 2023, when our office again reached out to Plaintiffs' counsel's office to confirm the deposition dates for Plaintiffs Desheng Lin and Siu Na Chan. We received no response, then followed up the next day to again try to confirm deposition dates. On March 14, 2023, the deposition dates of Plaintiffs Siu Na Chan and Desheng Lin were tentatively set: April 20, 2023, and April 26, 2023, respectively. On March 16, 2023, the dates were confirmed.

That same day, March 16, 2023, our office proposed the parties jointly send a letter to the Court to enlarge the overall discovery period as to allow for completion of all parties' depositions and post-deposition discovery exchange. Plaintiffs' counsel advised it would finalize the deposition schedule and have it Court ordered. To date, no such action has been taken.

In the approximately eight (8) days since the two plaintiffs' depositions were finalized and confirmed, Defendants' counsel has yet to receive confirmation from Plaintiffs' counsel on their clients' appearance at their upcoming depositions, despite requests for the same on March 20, 2023, March 22, 2023, and March 24, 2023.

The Defendants request another extension for the following reasons. In accordance with the previous orders of this Court, the parties have been involved in extensive exchange of records, ledgers, and other documents. However, as evidenced by the above narrative, the Plaintiffs have been stalling the completion of depositions, and failing to give even the courtesy of a response to our attempts to schedule firm dates.

The undersigned is in contact with the Plaintiffs' counsel concerning this letter and the request for adjournment.

The Defendants and its counsel thank the Court for its time and attention to this matter.

Sincerely,
*Deborah R. Kick*
**DEBORAH R. KICK, ESQ.**
**HAMRA LAW GROUP, P.C.**
*Attorneys for Defendants*
1 Linden Place Suite 207
Great Neck, New York 11021

**VIA ECF/Email:**
**TIFFANY TROY, ESQ.**
**JOHN TROY, ESQ.**
tiffanytroy@troypllc.com
troylaw@troypllc.com