**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

March 25, 2023

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Response regarding Defendants' Third Motion of Time to Complete Discovery**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write respectfully to respond to Defendants' Third Motion for Extension of Time to Complete Discovery. *See* Docket Entry No. 42. We do not oppose the motion but would like to provide context to Defendants' letter and clarify some misrepresentations that are made to the court.

After Defendants backed away from the thrice-re-scheduled mediation at the last minute, Defendants now claim that "this lack of coordinated scheduled dates [for deposition] lies solely on the Plaintiffs' counsels." This is in spite of the fact that Defendants' counsel apologized to Plaintiffs' counsel for wasting everyone's time in engaging in mediation discussions on a class basis when they were not ready to proceed all along.

Further, after the meet and confer on March 14, 2023 between Tiffany Troy for Plaintiffs and Kevin Johnson for Defendants a list of dates (April 20, April 26, April 27, May 24, May 25 for Defendants' deposition of Plaintiffs and May 2, May 3, May 22, and May 30 for Plaintiffs' deposition for Defendants) were settled down for both sides to conduct the depositions. This includes both the present case and the pending NYLL wage-and-hour action. Both sides were asked to provide the dates on which each Plaintiff or Defendant can be deposed. Plaintiffs confirmed the two Plaintiffs that Defendants wished to depose first on March 16, 2023. Thereafter, the parties agreed to apply for an enlargement of time for discovery once the deposition schedule is confirmed on both sides. During the course of confirming the depositions, we requested on March 22, 2023 in response to Defendants' request to waive the Estate of Isadore Gindi's deposition that we would like to schedule that Defendant for a tentative date but agree to waive it if we believe there is no need. We further requested for Defendants to set forth the date and time during the time slots but did not get a response.

As typical of Defendants' firm's guerilla email then file strategy, Defendants did not attempt to provide any dates and then instead try to cast blame on solely the Plaintiffs when in fact the parties have agreed on the enlargement of time due to both counsel's deposition schedules and in fact Plaintiffs confirmed all of the dates on March 24, 2023 but to date no dates from Defendants have been confirmed.

Accordingly we set forth the below schedule, each at 9 a.m. via Zoom:

- April 20, 2023 Defendants' Deposition of Siu Na Chan
- April 26, 2023 Defendants' Deposition of De Sheng Lin
- April 27, 2023 Defendants' Deposition of Darren Clemmons
- May 2, 2023 Plaintiffs' deposition of Isadore Gindi, individually and as 30(b)6 witness
- May 3, 2023 Plaintiffs' deposition of Jack Cohen and Raymond Batesh
- May 22, 2023 (May 22, 2023 continued, if not complete) Plaintiffs' deposition of Lorraine Gindi
- May 24, 2023 Defendants' Deposition of Chun Lin and Yidi Lin
- May 25, 2023 Defendants' Deposition of Mingxing Jiang and Yunyan Gao
- May 30, 2023 Plaintiffs' deposition of Isadore Gindi and 30b(6) continued (if not complete)

We have sent the email to Defendants' counsel but did not receive a response. We thank the Court for its time and consideration in this matter.

TROY LAW, PLLC
*Attorneys for the Plaintiff*
By: /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy

cc: *via* ECF
/mh