**TROY LAW, PLLC**
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324 johntroy@troypllc.com Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

May 3, 2023

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Joint Mediation Status Report**
**1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write jointly with Defendants' counsel to respectfully report the status of the discovery. *See* Docket Order dated April 6, 2023.

Tiffany Troy for Plaintiffs and Kevin Johnson for Defendants have conferred on May 3, 2023 for around five (5) minutes in preparation for the letter. The parties will continue to engage in settlement discussions in good faith. Currently, the parties' settlement position are too far apart, even after the completion of Siu Na Chan a/k/a Daisy Chan and De Sheng Lin a/k/a Jimmy Lin's deposition on schedule.

In terms of discovery, the parties jointly request time through September 30, 2023 to wrap up with depositions and any post-deposition discovery.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ John Troy, Esq.*
John Troy
*Attorney for Plaintiffs*

cc: all counsel of record *via* ECF
/mh