# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, STE. 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

DEBORAH R. KICK, ESQ. T: 646.590.0571
DKICK@HAMRALAWGROUP.COM

June 27, 2023

**VIA ECF**

Hon. James R. Cho, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Lin, et al v. Fuji Hana Restaurant Corp. et al**
**Case No.: 1:21-cv-03832-EK-JRC**

**Letter Motion on Joint Request to Adjourn Telephone Status Conference from Thursday, June 29, 2023, At 10:00 A.M. To July 5, 2023, Or at A Time Most Convenient to The Court**

Dear Magistrate Judge Cho:

The undersigned represents the named Defendants in the instant action. We write on behalf of all parties to respectfully request a short adjournment of the scheduled June 29, 2023, 10:00am telephonic settlement conference with Your Honor to allow for further exchange of relevant documents between the parties.

The parties are in contact on an almost daily basis and are beginning to come closer to a mutually agreeable settlement number. Currently, counsel for Defendants is finalizing the damages calculations for each Plaintiff and discussing the same with their clients. Counsel for Plaintiffs is aware of the forthcoming damages calculations. When the calculations are completed and presented to and discussed with the Defendants, further and more fruitful settlement discussions will be had with counsel for Plaintiffs.

If your Honor is unavailable on Wednesday, July 5, 2023, the parties are mutually available on the following alternative dates and times:

- July 10, 2023, 9am-11:30am
- July 12, 2023, 9am-11:30am
- July 13, 2023, 9am-11:30am
- July 19, 2023, all day, and

- July 20, 2023, all day

At this juncture, both parties are discussing a six-to-seven figure settlement number. The Defendants' damages calculations will provide clarity as to that number.

Should the Court have any questions, please let us know. We thank the Court for its consideration of the parties' request.

Sincerely,

/s/ *Deborah R. Kick*

**DEBORAH R. KICK, ESQ.**
**HAMRA LAW GROUP, P.C.**
1 Linden Place, Suite 207
Great Neck, New York 11021
T. 646-590-0571

**TO** (via ECF):
**TIFFANY TROY, ESQ.**
**JOHN TROY, ESQ.**