# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

November 30, 2023

***Via* ECF**
Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

Re:   Joint Status Report
1:21-cv-03832-EK-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al*

Your Honor,

This office represents the Plaintiffs in the above-captioned matter. We write jointly with Defendants' counsel to respectfully report the status of the discovery. *See* Docket Order dated September 5, 2023.

In accordance with the Court Order, Defendants provided verified interrogatories and a formal Document Production Responses. Defendants have additionally supplemented their documents as of November 27, 2023.

Defendants' response to Plaintiffs' Second Document Production Request dated June 6, 2023 remains outstanding. Party depositions with the exception of the continued deposition of Jack Cohen are complete. In light of the latest discovery disclosures from November 27, 2023, Plaintiffs plan to depose Raymond Betesh as the administrator of the Estate of Isadore Gindi.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ John Troy, Esq.*
  John Troy
  *Attorney for Plaintiffs*

cc: all counsel of record *via* ECF
/mh