

TROY LAW <troylaw@troypllc.com>

# Fuji Hana // 2nd DPR
1 message

**Troy Law** <troylaw@troypllc.com>  Tue, Jun 6, 2023 at 11:48 AM
Reply-To: troylaw@troypllc.com
To: Kevin Johnson <kjohnson@hamralawgroup.com>, Deborah Kick <dkick@hamralawgroup.com>

Dear Counselor,

Please see attached for Plaintiff's Second Set of Discovery Demands.

(1) Document Production Requests, Responses Due 2023/07/06.

Very truly yours,
John Troy

TROY LAW
/mh

### TROY LAW pllc
*Attorneys & Counselors at Law*
*English, Mandarin, Spanish, Korean, Hindi*
*experienced in the courts*

**CA CT IL IN MA MD MI MN NJ NY OH PA SC RI TX WA WV**

**www.TroyPllc.Com**

💬 TEXT +1 **(718) 762-1324** CALL ☎

NY: 41-25 Kissena Blvd., Suite 110, [x103 x119], Flushing, NY 11355
CA : 2055 Junction Ave, Suite 205, San Jose, CA 95131
TPE: No. 372 Linsen N. Rd, Suite 1100, Taipei, Taiwan 10446

蔡鴻章律師事務所

**PLEASE 📧 EMAIL or TEXT** 💬
*Troy Law Accept Service by E-Mail for Clients subject to confirmation*
*Clients shall retain all their own originals or copies.*

Sender notified by
Mailtrack

📄 **02 PLF Document Production Request, Fuji Hana 2.pdf**
210K