

Kevin S. Johnson, Esq.  (Service & Mailing Address)
*President & Managing Attorney*  1 Linden Place, Suite 207
kjohnson@jlitlaw.com  Great Neck, NY 11021

legal@jlitlaw.com  billing@jlitlaw.com
  intake@jlitlaw.com

646.590.0571

May 9, 2024

**VIA ECF & EMAIL – cho_chambers@nyed.uscourts.gov**
Hon. Magistrate Judge James R. Cho
UD District Court – EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  *Desheng Lin, et al. v. Fuji Hana Kosher Japanese Restaurant d/b/a Fuji Hana, et al.*
  *Case No.* 1:21-cv-03832-EK-JRC
  *REQUEST FOR ADJOURNMENT – RE MOTION TO COMPEL*

To Your Honor:

As the Court is aware, from other actions pending before Your Honor, counsel has been diligently working to gain ground lost in his practice due to my recent medical disability (while lacking any supporting staff) that lead to many missed Court dates and other deadlines. I have spoken with the clients and, unlike other actions before the Court, this case counsel and his clients intend to see through to the end.

Counsel is currently working to diligently divest of the majority of his case load, and has since transferred nearly ten actions to other qualified counsel, at clients' consent. Now recently back to health and sufficiently enough to practice, this experience has shown that I need to lower my professional responsibilities (by volume) in order to adequately and ethically represent his clients and continue to act in a manner appropriate for an officer of this Court. Below is a similar record of the events as filed in recent actions.

Beginning in late January and early February, counsel was struck by a severe and debilitating nutritional and autoimmune illness. Without appropriate supporting staff and being confined to bed (where counsel slept in excess of 15 hours per day, without any choice in the matter), matters and deadlines piled up. However, counsel would like a short adjournment to provide the Court, under seal both the rational for missed deadlines, etc.

*An adjournment of 10 days would be more than sufficient, if the Court so pleases. Counsel has discussed with Plaintiffs' counsel, who was more than gracious with the undersigned during these recent difficult times.*

Plaintiffs' counsel and the undersigned have endeavored to speak before the conference today, but the undersigned was unable to successfully coordinate whether they consented to this request. A copy was emailed to John Troy, Esq. and Tiffany Troy, Esq.

Counsel looks forward to discussing at the conference and moving this action forward toward a conclusion.

Best regards,

Kevin S. Johnson, Esq.

CC VIA EMAIL / ECF
Tiffany Troy, Esq.
John Troy, Esq.
tiffanytroy@troypllc.com
johntroy@troypllc.com