# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165 T: 212.792-0048 • E: Jason@levinepstein.com

January 30, 2025

*Via ECF*
The Hon. James R. Cho, U.S.M.J
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

               Re:    *Lin et al v. Fuji Hana Restaurant Corp et al*
                        **Case No.: 1:21-cv-03832-NCM-JRC**

Dear Honorable Magistrate Judge Cho,

      This law firm is counsel to Defendants Fuji Hana Restaurant Corp. (d/b/a Fuji Hana Kosher Japanese Restaurant) (d/b/a Fuji Hana), Lorraine Gindi, Estate of Isadore Gindi, by executor Raymond Betesh, Isadore Natkin, and Jack Cohen (collectively, the "Defendants") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an adjournment of the telephonic conference scheduled for 3:30 p.m. on Friday, January 31, 2025 to a date and time set by the Court after February 13, 2025. The parties have conferred, and counsel for both parties are available on February 26, 2025 after 3:00 p.m. and March 3, 2025 after 2:00 p.m.

      This is the first request of its kind, and is made on consent of counsel for Plaintiff Desheng Lin (a/k/a Jimmy Lin) and opt-in Plaintiffs Yunyan Gao (a/k/a Sandy Gao), Siu Na Chan (a/k/a Daisy Chan), Mingxing Jiang, and Darren Klemons (collectively, the "Plaintiffs").

      The basis of this request is that the undersigned will be traveling out-of-state beginning tomorrow, and is unavailable at the date and time of the currently scheduled conference.

      In light of the foregoing, it is respectfully requested that the Court adjourn the telephonic conference scheduled for 3:30 p.m. on Friday, January 31, 2025 to a date and time set by the Court after February 13, 2025.

      Thank you, in advance, for your time and attention to this matter.

                                        Respectfully submitted,

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                        By:  */s/ Jason Mizrahi*
                                              Jason Mizrahi
                                              60 East 42nd Street, Suite 4700
                                              New York, New York 10165
                                              Tel. No.:  (212) 792-0048
VIA ECF: All Counsel                    Email: Jason@levinepstein.com
                                              *Attorneys for Defendants*