# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165 T: 212.792-0048 • E: Jason@levinepstein.com

February 10, 2025

*Via ECF*
The Hon. James R. Cho, U.S.M.J
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Lin et al v. Fuji Hana Restaurant Corp et al*
              **Case No.: 1:21-cv-03832-NCM-JRC**

Dear Honorable Magistrate Judge Cho,

    This law firm is counsel to Defendants Fuji Hana Restaurant Corp. (d/b/a Fuji Hana Kosher Japanese Restaurant) (d/b/a Fuji Hana), Lorraine Gindi, Estate of Isadore Gindi, by executor Raymond Betesh, Isadore Natkin, and Jack Cohen (collectively, the "Defendants") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request permission that the undersigned law firm need not attend the in-person conference scheduled for February 12, 2025 at 10:45 a.m. [*see* 1/10/2025 Minute Entry].

    This is the first request of its kind. If granted, the instant request would not affect any other court-scheduled deadlines.

    The basis of this request is that the undersigned is unavailable at the date and time of the currently scheduled conference due to prior-scheduled, conflicting, obligations. A second, independent, basis also necessitates the instant request. The undersigned takes no position on the pending motion to withdraw with respect to Plaintiff Darren Klemons.

    In light of the foregoing, it is respectfully requested that the Court allow the undersigned law firm to be absent for the in-person conference scheduled for February 12, 2025 at 10:45 a.m.

    Thank you, in advance, for your time and attention to this matter.

                              Respectfully submitted,

                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By:  */s/ Jason Mizrahi*
                                   Jason Mizrahi
                                   60 East 42nd Street, Suite 4700
                                   New York, New York 10165
                                   Tel. No.: (212) 792-0048
VIA ECF: All Counsel              Email: Jason@levinepstein.com
                                   *Attorneys for Defendants*