**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

DESHENG LIN,
*on his own behalf and on behalf of others similarly situated*
Plaintiff,
v.

Case No.: 21-cv-03832

FUJI HANA RESTAURANT CORP.
d/b/a Fuji Hana Kosher Japanese Restaurant
d/b/a Fuji Hana;
LORRAINE GINDI,
ESTATE OF ISADORE GINDI, by executor RAYMOND BETESH,
ISADORE NATKIN, and
JACK COHEN
Defendants,

----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Tiffany Troy, affirms the truth of the following under the penalties of perjury:

1. I am over 18 years old. I am not a party to this action.
2. On **May 7, 2025**, I served a true copy of **Text Only Order dated May 7, 2025** as to Opt In Plaintiff DARREN KLEMONS by email at darrenjr17@aol.com and via text message.
3. On **May 13, 2025**, I served a true copy of the **Text Only Order dated May 7, 2025** by deposing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addresses as indicated herein under:

Darren Klemons, 1821 Pilgrim Avenue, Bronx, NY

Dated: May 13, 2025
Flushing, NY 11355

*/s/ Tiffany Troy*
Tiffany Troy