# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

November 5, 2025

*Via ECF*
The Hon. James R. Cho, U.S.M.J
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Lin et al v. Fuji Hana Restaurant Corp et al*
             **Case No.: 1:21-cv-03832-NCM-JRC**

Dear Honorable Magistrate Judge Cho,

    This law firm is counsel to Defendants Fuji Hana Restaurant Corp. (d/b/a Fuji Hana Kosher Japanese Restaurant) (d/b/a Fuji Hana), Lorraine Gindi, Estate of Isadore Gindi, by executor Raymond Betesh, Isadore Natkin, and Jack Cohen (collectively, the "Defendants") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rule F(2), the instant letter respectfully serves to request the entry of an order: (i) compelling Plaintiff Desheng Lin (a/k/a Jimmy Lin) and opt-in Plaintiffs Yunyan Gao (a/k/a Sandy Gao), Siu Na Chan (a/k/a Daisy Chan), Mingxing Jiang (collectively, the "Plaintiffs") to appear for their duly-noticed depositions.

    Via email on November 5, 2025 at 9:59 a.m., the undersigned emailed Plaintiffs' counsel, as follows:

Tiffany,

Please confirm your client's availabilities, for their virtual, video-recorded depositions as follows:

1. November 11, 2025 **at 9:00 a.m.** – Yunyan Gao (aka Sandy Gao)
2. November 12, 2025 **at 9:00 a.m.** – Siu Na Chan (aka Daisy Chan)
3. November 13, 2025 **at 8:00 a.m.** – Desheng Lin (aka Jimmy Lin)
4. November 13, 2025 **at 1:00 p.m.** – Mingxing Jiang

    As of the date of this filing, Plaintiffs' counsel has not confirmed Plaintiffs' availabilities for their depositions.

    Given the limited time remaining to prepare for, arrange, and conduct depositions, and the coordination needed with Court reporters and interpretation service providers, it is respectfully requested that the Court enter an order, directing Plaintiffs to appear for their duly-noticed depositions, as set forth herein.

    Thank you, in advance, for your time and attention to this matter.

                                                   Respectfully submitted,

                                          LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                          By: */s/ Jason Mizrahi*
                                                 Jason Mizrahi
                                                 420 Lexington Avenue, Suite 2458
                                                 New York, NY 10170
                                                 Tel. No.: (212) 792-0048
                                                 Email: Jason@levinepstein.com
                                                 *Attorneys for Defendants*

VIA ECF: All Counsel