**TROY LAW, PLLC**
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324 johntroy@troypllc.com Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

August 27, 2026

***Via* ECF**
Hon. Natasha C. Merle, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Plaintiff's Motion to Extend Plaintiff's time to Show Cause through September 14, 2026**
**1:21-cv-03832-NCM-JRC Lin, *et al v.* Fuji Hana Restaurant Corp. *et al***

Your Honor,

This office represents the Plaintiffs in the above-captioned matter.

Pursuant to Your Honor's Individual Motion Practice Rules I(F), the instant letter respectfully serves to request an extension for the Plaintiff to Show Cause why his wage notice (Count VII) and wage statement (Count VIII) claims pursuant to New York Labor Law § 195 should not be dismissed extending the deadline from August 28, 2026, to September 14, 2026 (the same amount of days of extension granted for the Defendants' latest motion).

This is the first request of its kind. As of the date of this filing, counsel for the Defendant has neither consented, nor objected, to the instant request. Plaintiff met and conferred via telephone with Defendant's counsel Jason Mizrahi via phone, but they did not provide a clear or straight answer as to whether they consent or not despite there being a back and forth. If granted, the instant request would not affect any other court-ordered deadlines since the Defendant's motion to extend time to prepare dispositive motions and Joint pre-trial submissions have also been extended to September 21, 2026, and October 6, 2026, respectively.

The reason and good cause are as follows: while we have been diligently preparing our response, we have had difficulties obtaining the necessary verification of Plaintiff's affidavit. There are four Plaintiff's in this action, they all speak Chinese and are not fluent in English, due to which accurate and thorough communication can sometimes take time. Our clients are all working individuals with busy schedules due to which the verification is taking much more time than anticipated. Similarly, The court ordered the Plaintiffs to show cause on August 21, 2026, which was 6 days ago. This is very little time for the Plaintiff to get everything ready therefore we respectfully request for the Extension.

The requested extension will afford Plaintiffs a meaningful opportunity to prepare their documents to show cause, will not prejudice any party, and will not disturb any other Court-ordered deadline.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ John Troy, Esq.*
John Troy
*Attorney for Plaintiffs*

cc: all counsel of record *via* ECF
/pdw