**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

September 20, 2026

***Via* ECF**
Hon. Natasha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Plaintiff's Letter Seeking Clarification**
*1:21-cv-03832-EK-JRC Lin, et al v. Fuji Hana Restaurant Corp. et al*

Your Honor,

We represent the Plaintiffs in the above referenced matter.

We write to respectfully request that the Court clarify a Portion of Your Honor's Order dated **September 18, 2026,** which sets a **September 24, 2026** deadline to submit a letter in anticipation of a Motion for Summary Judgement along with Parties' 56.1 Statements.

Defendants previously submitted a Letter Request for a Pre-Motion Conference and 56.1 Statement on **November 17, 2025**, and Plaintiffs have previously opposed such a Letter Request with their Counterstatement. In consideration thereof, it is Plaintiffs position that Defendants are not entitled to an additional opportunity to file a 56.1 Statement and add additional information that was not included in the previous statement.

To the extent that the Court intends to allow Defendants to resubmit a request for Pre-Motion Conference and a different 56.1 Statement, Plaintiffs request additional time to respond to Defendants' documents in the amount of Five Weeks subsequent to the Filing of a Request for Pre-Motion Conference and Accompanying 56.1 Statement by Defendants.

We thank the Court for its attention in this matter.

Respectfully Submitted,

/s/ John Troy
John Troy
TROY LAW, PLLC
*Attorneys for the Plaintiff*

cc: *via* ECF
/mh