**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324 troylaw@troypllc.com Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

September 29, 2026

***Via* ECF**
Hon. Natasha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Plaintiff's Letter Request for an Extension of Time to File Opposition to Defendants Request for Pre-motion Conference (Docket No. 116)**
*1:21-cv-03832-EK-JRC Lin, et al v. Fuji Hana Restaurant Corp. et al*

Your Honor,

We represent the Plaintiffs in the above referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules I(F), the instant letter respectfully serves to request a fourteen (14) day extension for the Plaintiffs to file their Opposition and Counterstatement of material facts to the Defendants Request for a pre-motion conference in anticipation of Defendants motion for summary judgement. (Docket No. 116). This would extend the deadline from October 1, 2026, to **October 15, 2026.**

This is the second request of its kind, albeit the first made after Defendants' request for a pre-motion conference. The request is not made lightly; it is made due to voluminous nature of the Defendants' submission. Defendants' Statement of Material Facts, filed September 24, 2026, incorporates 341 statements, each of which requires a response. Plaintiffs will need time to thoroughly review and carefully draft a counterstatement to the Defendants' statement. Further the Plaintiffs counsel has an extremely busy schedule over the next two weeks which includes multiple depositions, court conferences, jury selections and pretrial conferences.

Plaintiffs counsel emailed the Defendants Counsel on September 25, 2026, explaining why we seek an extension; instead of conferring in good faith, Defense counsel rejected it out of hand and additionally demanded a list of upcoming appearances.

In conclusion, granting this extension will not prejudice any party since the court has previously granted the defendants an extension in regard to the same matter.

We thank the Court for its time and kind attention to this matter.

Respectfully Submitted,

/s/ John Troy
John Troy

TROY LAW, PLLC
*Attorneys for the Plaintiff*

cc: *via* ECF